IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al, :
    Plaintiffs : Civil Action No. 1:25-CV-329
     :
vs. :
     :
AL SCHMIDT, et al, :
    Defendants :

## APPEARANCE

Please enter my appearance on behalf of the Defendant, Erie County Board of Elections.

        Respectfully submitted,

        TALARICO & ASSOCIATES

        By _____
        Thomas S. Talarico, Esquire
        Pa. I.D. No. 36256
        230 West 6th Street, Suite 202
        Erie, PA 16507
        (814)459-4472

Date: November 12, 2025