AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, ET AL. <br><br> *Plaintiff(s)* <br> v. <br> AL SCHMIDT, SECRETARY OF THE COMMONWELTH OF PENNSYLVANIA, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00329 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    AL SCHMIDT
    SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA
    North Office Building,
    401 North St UNIT 302,
    Harrisburg, PA 17120

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    TIMOTHY D. MCNAIR
    MCNAIR LAW OFFICES
    821 STATE ST.
    ERIE, PA  16501-1316
    (814) 452-0700
    tmcnair@mcnairlaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

11/06/2025
*Sarah Sewall*

Date                                                                              Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00329

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Al Schmidt, Secretary of the Commonwealth of Pennsylvania
was received by me on *(date)* November 10th 2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathleen A. Mullen - Executive Counsel, who is designated by law to accept service of process on behalf of *(name of organization)* Secretary of Commonwealth of Pennsylvania on *(date)* Nov. 13th 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: November 13th 2025

*Server's signature*

Gary Winfrey - Process Server
*Printed name and title*

185 Newberry Commons PMB #152 Etters, PA. 17319
*Server's address*

Additional information regarding attempted service, etc: