AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Election Truth Alliance, et al. <br><br> *Plaintiff(s)* <br> v. <br> Al Schmidt, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-00329 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Board of Elections of Allegheny County
542 Forbes Avenue
Pittsburgh, PA 15219.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

11/06/2025

*Sarah Sewall*

Date                                                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00329-SPB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board of Elections of Allegheny County
was received by me on *(date)* 11/12/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michelle Cipcic, Title-Operations Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Board of Elections of Allegheny County at 542 Forbes Avenue, Pittsburgh, PA 15219 on *(date)* 11/13/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/13/2025

*Server's signature*

Anthony DeMasi -Authorized Serving Agent
*Printed name and title*

322 Mall Blvd., Suite 236, Monroeville, PA 15146
*Server's address*

Additional information regarding attempted service, etc:
Service Time: 10:47 A.M.