IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al, | Civil Action |
| Plaintiff, | No. 1:25-cv-000329 |
| v. | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA | |
| Defendants. | |

### NOTICE OF APPEARANCE

To:   Clerk, U.S. District Court for the Western District of Pennsylvania

Please enter my appearance as counsel on behalf of Defendant Board of Elections of Allegheny County.

Respectfully submitted,

*/s/ Lisa G. Michel*
Lisa G. Michel
Assistant County Solicitor
Pa. I.D. #59997

ALLEGHENY COUNTY LAW DEPARTMENT
445 Fort Pitt Boulevard, #300
Pittsburgh, PA 15219
(412) 350-1167
Lisa.Michel@alleghenycounty.us