# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*,<br>　　　　　　**Plaintiffs**, | : **ELECTRONICALLY FILED**<br>: **CIVIL NO. 1:25-cv-00329**<br>: |
| 　　　　　**v.** | : **HONORABLE SUSAN PARADISE**<br>: **BAXTER** |
| **AL SCHMIDT, in his official capacity as**<br>**Secretary of Commonwealth of Pennsylvania**, *et al,*<br>　　　　　　**Defendants.** | :<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of Kathleen A. Mullen as counsel on behalf of Defendant Al Schmidt, Secretary of the Commonwealth.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:  November 26, 2025　　　　　*/s/ Kathleen A. Mullen*
　　　　　　　　　　　　　　　　　　Kathleen A. Mullen (Pa. 84604)
　　　　　　　　　　　　　　　　　　Executive Deputy Chief Counsel
　　　　　　　　　　　　　　　　　　Pennsylvania Department of State
　　　　　　　　　　　　　　　　　　306 North Office Building
　　　　　　　　　　　　　　　　　　Harrisburg, PA 17120
　　　　　　　　　　　　　　　　　　Tel:  717-783-0736
　　　　　　　　　　　　　　　　　　Fax: 717-214-9899
　　　　　　　　　　　　　　　　　　Email:  kamullen@pa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

/s/ Kathleen A. Mullen
Kathleen A. Mullen