## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, ET AL. | : : | No. 1:25-cv-00329 |
| Plaintiffs, | : : | (*filed electronically*) |
| v. | : : : | |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL. | : : : : | |
| Defendants. | : : | |

## **STIPULATION**

Plaintiffs and Defendants Al Schmidt, Erie County Board of Elections and Allegheny County Board of Elections (collectively "Stipulating Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. On November 6, 2025, Plaintiffs filed their Complaint.

2. The Erie County Board of Elections was served on November 10, 2025 and the Allegheny County Board of Elections and Secretary Schmidt were served on November 13, 2025.

3. Pursuant to L.R. Civ. P. 7(e), the Stipulating Parties agree that Defendants Al Schmidt, Erie County Board of Elections and Allegheny County Board of Elections have until January 5, 2026 to answer, move, or otherwise respond to the Complaint.

Respectfully submitted,

| On behalf of Plaintiffs, | On behalf of Defendants, |
|---|---|
| /s/ *Timothy D. McNair* | /s/ *Kathleen A. Mullen* |
| Timothy D. McNair (Pa. No. 34304)<br>McNair Law Offices, PLLC<br>821 State Street<br>Erie, PA 16501<br>Ph: (814) 452-0700<br>Fax: (814) 454-2371<br>Eml: tmcnair@mcnairlaw.com<br><br>Dated: November 26, 2025 | Kathleen A. Mullen (Pa. No. 84604)<br>Department of State<br>Office of Chief Counsel<br>306 North Office Building<br>Harrisburg, PA 17120<br>Ph: (717) 783-0839<br>Fax: (717) 214-9899<br>Eml: kamullen@pa.gov<br><br>/s/ *Lisa G. Michel*<br>Lisa G. Michel (Pa. No. 59997)<br>Allegheny County Law Department<br>445 Fort Pitt Boulevard, Suite 300<br>Pittsburgh, PA 15219<br>Ph: (412) 350-1167<br>Fax: (412) 350-1174<br>Eml: lisa.michel@alleghenycounty.us<br><br>/s/ *Thomas S. Talarico*<br>Thomas S. Talarico (Pa. No. 36256)<br>Talarico & Associates<br>230 West 6th Street, Suite 202<br>Erie, PA 16507<br>Ph: (814) 459-4472<br>Fax: (814) 454-5851<br>Eml: ttalarico@nwpalawyers.com |

**CERTIFICIATE OF SERVICE**

I hereby certify that on November 26, 2025, I caused the foregoing Stipulation to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

/s/ *Kathleen A. Mullen*
Kathleen A. Mullen

3