AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| Election Truth Alliance, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-cv-00329 |
| Al Schmidt, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Board of Elections of Cambria County
200 South Center Street
Ebensburg, PA 15931.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

11/06/2025
Date

*Sarah Sewall*
Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00329

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board of Elections of Cambria County
was received by me on *(date)* 11/17/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nicole Burkhardt, Title - Director of Elections, who is designated by law to accept service of process on behalf of *(name of organization)* Board of Elections of Cambria County at 200 South Center Street, Ebensburg, PA 15931 on *(date)* 12/12/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/15/2025

*Server's signature*

Anthony DeMasi - Auhtorized Serving Agent
*Printed name and title*

322 Mall Blvd, Suite 236, Monroeville, PA 15146
*Server's address*

Additional information regarding attempted service, etc:
Witness present at time of service and Photos attached of Service Location / Service Time: 11:57 A.M.