IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE,** *et al.*, | : | ELECTRONICALLY FILED |
| Plaintiffs, | : | CIVIL NO. 1:25-cv-00329 |
| | : | |
| v. | : | HONORABLE SUSAN PARADISE |
| | : | BAXTER |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania,** *et* | : | |
| *al,* | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of Michelle Rupp as counsel on behalf of Defendant Al Schmidt, Secretary of the Commonwealth.

Respectfully submitted,

Date:  December 29, 2025

*/s/ Michelle Rupp*
Michelle Rupp (Pa. 337463)
Assistant Counsel
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Tel:  717-787-9201
Fax: 717-214-9899
Email:  mirupp@pa.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                                               */s/ Michelle Rupp*
                                                              Michelle Rupp