IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al, | Civil Action |
| Plaintiff, | No. 1:25-cv-000329 |
| v. | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA | |
| Defendants. | |

## **DEFENDANT ALLEGHENY COUNTY BOARD OF ELECTION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Now Comes the Allegheny County Board of Elections by Assistant County Solicitor Lisa G. Michel and files the within Motion to Dismiss and avers as follows:

1. Plaintiffs Election Truth Alliance and several individual Plaintiffs, two of whom, Emily Craig-McCurdy and Lauren Hoffman aver they are Allegheny County residents who voted in the 2024 General Election, filed a Civil Complaint in the Instant Matter on November 6, 2025. ECF 1.

2. The Plaintiffs aver that there were statistical anomalies, software updates and other alleged discrepancies that impacted the accuracy of the ballot count.

3. The Complaint purports to raise claims against Defendants under 42 U.S.C § 1983, the Equal Protection Clause, the Elections Code of the Commonwealth of Pennsylvania and 52 U.S.C § 10101(a).

4. Defendant Allegheny County Board of Elections contests each of these claims, and files the herein Motion and Brief in support requesting dismissal of all claims Plaintiffs have pled against this Defendant.

5. Contemporaneously with this Motion to Dismiss, Defendant Allegheny County Board of Elections files its Brief in Support, which this Defendant incorporates by reference as if set forth at length herein.

WHEREFORE, the Defendant, Allegheny County Board of Elections, respectfully requests that this Court enter an Order dismissing Plaintiffs' claims against it, with prejudice.

Respectfully submitted,

*/s/ Lisa G. Michel*
Lisa G. Michel
Assistant County Solicitor
Pa. I.D. #59997

ALLEGHENY COUNTY LAW DEPARTMENT
445 Fort Pitt Boulevard, #300
Pittsburgh, PA 15219
(412) 350-1167
Lisa.Michel@alleghenycounty.us