IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al, | Civil Action |
| Plaintiff, | No. 1:25-cv-000329 |
| v. | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA | |
| Defendants. | |

## PROPOSED ORDER

AND NOW this ___ day of _____, 2026, upon consideration of the Motion to Dismiss of the Allegheny County Board of Elections and its Brief in Support and the Response filed by Plaintiffs Election Truth Alliance and the individual Plaintiffs, the Motion is granted. The Complaint against Allegheny County Board of Elections is dismissed in its entirety, with prejudice.

BY THE COURT,

_____, J.