IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, *et al.*, | : | ELECTRONICALLY FILED |
| Plaintiffs, | : | CIVIL NO. 1:25-cv-00329 |
| | : | |
| v. | : | HONORABLE SUSAN PARADISE |
| | : | BAXTER |
| AL SCHMIDT, in his official capacity as | : | |
| Secretary of Commonwealth of Pennsylvania, et | : | |
| al., | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

    I hereby certify that on January 5, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                          */s/ Lisa G. Michel*
                                          Lisa G. Michel
                                          Assistant County Solicitor
                                          Pa. I.D. #59997

                                          ALLEGHENY COUNTY LAW DEPARTMENT
                                          445 Fort Pitt Boulevard, #300
                                          Pittsburgh, PA 15219
                                          (412) 350-1167
                                          Lisa.Michel@alleghenycounty.us