IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELECTION TRUTH ALLIANCE,** *et al.*, : | ELECTRONICALLY FILED |
| Plaintiffs, : | CIVIL NO. 1:25-cv-00329 |
| : | |
| v. : | HONORABLE SUSAN PARADISE |
| : | BAXTER |
| **AL SCHMIDT, in his official capacity as** : | |
| **Secretary of Commonwealth of Pennsylvania, et** : | |
| **al.,** : | |
| Defendants. : | |

CERTIFICATE OF CONFERRAL

On December 23, 2025, at 9:00 AM, Lisa. G. Michel, Assistant County Solicitor appearing for the Defendant Allegheny County Board of Elections, met and conferred virtually with Plaintiffs' counsel Timothy D. McNair, Esquire and made a good faith effort on that date to resolve the issues set forth in Defendant Allegheny County Board of Election's Motion to Dismiss, but were unable to come to an agreement.

Respectfully submitted,

*/s/ Lisa Michel*
Lisa Michel
Assistant County Solicitor
Pa. I.D. #59997

ALLEGHENY COUNTY LAW DEPARTMENT
445 Fort Pitt Boulevard, #300
Pittsburgh, PA 15219
(412) 350-1167
Lisa.Michel@alleghenycounty.us