# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, *et al.*, | : | ELECTRONICALLY FILED |
| | : | CIVIL NO. 1:25-cv-00329 |
| Plaintiffs, | : | |
| | : | HONORABLE SUSAN PARADISE BAXTER |
| v. | : | |
| | : | |
| AL SCHMIDT, in his official capacity as Secretary of Commonwealth of Pennsylvania, *et al*, | : : : | |
| Defendants. | | |

## NOTICE OF APPEARANCE OF BRIAN M. ADRIAN

TO THE CLERK:

    Kindly enter the appearance of Brian M. Adrian of The Gallagher Firm, LLC on behalf of Defendant Board of Elections of Cambria County in connection with the above-captioned matter.

Dated:  January 5, 2026

Respectfully submitted,

*/s/ Brian M. Adrian*
**THE GALLAGHER FIRM, LLC**
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA  15219
412.308.5512 (Phone)
*Counsel for Defendant,*
*Board of Elections of Cambria County*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                         */s/ Brian M. Adrian*
                                         Brian M. Adrian