# EXHIBIT 1

Case 1:25-cv-00329-SPB    Document 18-2    Filed 01/05/26    Page 2 of 8

 Official website of the Commonwealth of Pennsylvania

  Commonwealth of Pennsylvania

Department of State

Agencies  >  Department of State  >  Resources  >  Voting & Elections Resources  >  Voting Systems

# Voting Systems in Pennsylvania

All 67 of the Pennsylvania's counties deploy voting systems that produce voter-verifiable paper records and meet 21st-century standards of security, auditability and accessibility.

Voting System Demos →

## Voting Systems by County

View a map of the voting systems used by each county.

View a map of the electronic poll books used by each county.

### Certified Voting Systems - Certified after January 1, 2018

| System Name | Examination / Reexamination Date | Secretary's Certification Report |
| --- | --- | --- |
| Unisyn Voting Solutions OpenElect 1.3.0.2.A | Thursday, December 14, 2017 | View Unisyn Voting Solutions OpenElect 1.3.0.2.A Report (PDF) |
| ES&S EVS 6.0.2.1 Voting System | Tuesday, September 25, 2018 | View ES&S EVS 6.0.2.1 Voting System Report (PDF) |
| Reexamination Results of ES&S ExpressVote XL | Tuesday, September 3, 2019 | View Reexamination Results of ES&S ExpressVote XL Report (PDF) |
| Unisyn OpenElect 2.0A2 Voting System | Wednesday, October 3, 2018 | View Unisyn OpenElect 2.0A2 Voting System Report (PDF) |
| Dominion Democracy Suite 5.5–A | Wednesday, December 5, 2018 | View Dominion Democracy Suite 5.5–A Report (PDF) |
| ClearBallot ClearVote 1.5 | Monday, February 25, 2019 | View ClearBallot ClearVote 1.5 Report (PDF) |
| Hart Verity Voting 2.3.3 | Tuesday, February 12, 2019 | View Hart Verity Voting 2.3.3 Report (PDF) |
| Hart Verity Voting 2.3.4 | Wednesday, May 1, 2019 | View Hart Verity Voting 2.3.4 Report (PDF) |
| ClearBallot ClearVote 2.0 | Thursday, September 12, 2019 | View ClearBallot ClearVote 2.0 Report (PDF) |
| Election Systems & Software's EVS 6.0.3.0 | Tuesday July 28,2020 | View Election Systems & Software's EVS 6.0.3.0 Report (PDF) |
| ES&S EVS 6.1.1.0 | Thursday, July 30,2020 | View ES&S EVS 6.1.1.0 Report (PDF) |
| Hart Verity Voting 2.6 | Tuesday, January 11, 2022 | View Hart Verity Voting 2.6 Report (PDF) |
| Hart Verity Voting 2.7 | Tuesday, October 18, 2022 | View Hart Verity Voting 2.7 Report (PDF) |

| ES&S EVS 6.3.0.0 | Monday, October 17, 2022 | View ES&S EVS 6.3.0.0 Report (PDF) |
| ClearBallot ClearVote 2.3 | Tuesday, January 24, 2023 | View ClearBallot ClearVote 2.3 Report (PDF) |
| Dominion Democracy Suite 5.17 | Tuesday, January 16, 2024 | View Dominion Democracy Suite 5.17 Report (PDF) |
| Unisyn OpenElect 2.2.3 | Tuesday March 5, 2024. | View Unisyn OpenElect 2.2.3 Secretary's Certification Report (PDF) |
| Reexamination Results of Dominion Democracy Suite 5.5-A | Thursday May 29, 2025 | View Reexamination Results of Dominion Democracy Suite 5.5-A Report(PDF) |

**Decertified Voting Systems**

Voting systems listed below were decertified on April 23, 2020. View Decertification memo here.

- Hart eScan
- Hart eSlate
- Danaher 1242
- ES&S iVotronic
- AccuVote TSX with GEMS
- Sequoia Edge II
- Sequoia Advantage
- AccuVote TSX with Assure
- Accuvote TSX 4.6.4.106 and GEMS 1.18.25.109
- Election Systems & Software's Electronic Voting System version 5.2.0.0 and 5.2.0.3
- Election Systems & Software's Unity version 3.4.1.0 Voting System

# Electronic Poll Books by County

View a map of the electronic poll books used by each county.

**Certified Electronic Poll Books**

| System Name | Examination / Reexamination Date | Test Protocol | Examiner's Report and "As Run" Test Protocol | Secretary's Certification Report |
|---|---|---|---|---|
| Votec Corp. VoteSafe E-Poll Book Demonstration | Thursday, August 26, 2010 | N/A | N/A | View Report Votec Corp. VoteSafe E-Poll Book Demonstration (PDF) |
| ExpressPoll 5000 with EZRoster version 2.7.8 | Wednesday, August 29, 2012 | View ExpressPoll 5000 with EZRoster version 2.7.8 Test Report (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.8 Examiner's Report (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.8 Report (PDF) |
| ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 | Wednesday, August 29, 2012 | View Report ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Test (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Examiner's Report (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Report (PDF) |
| ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 | Tuesday, May 14, 2013 | View ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 Test Report (PDF) | View Report ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 Examiner's Report (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 Report (PDF) |
| ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 | Tuesday, May 14, 2013 | View ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 Test Report (PDF) | View Report ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 Examiner's Report (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 Report (PDF) |
| EA Tablet with Jellybean version 4.2.1 | Tuesday, May 14, 2013 | View EA Tablet with Jellybean version 4.2.1 Test Report (PDF) | N/A | View EA Tablet with Jellybean version 4.2.1 Report (PDF) |
| ExpressPoll 5000 with EZRoster version 2.7.12.4 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 | Thursday, January 23, 2014 | View ExpressPoll 5000 with EZRoster version 2.7.12.4 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Test Report (PDF) | N/A | View ExpressPoll 5000 with EZRoster version 2.7.12.4 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Report (PDF) |
| KNOW iNK Poll Pad version 1.2 | Wednesday, October 23, 2013 | View KNOW iNK Poll Pad version 1.2 Test Report (PDF) | N/A | View KNOW iNK Poll Pad version 1.2 Report (PDF) |

| | | | | |
|---|---|---|---|---|
| Acclaim Systems, Inc. EZVote Electronic Poll Book version 3.0 | Friday, June 13, 2014 | View Acclaim Systems, Inc. EZVote Electronic Poll Book version 3.0 Test Report (PDF) | N/A | View Acclaim Systems, Inc. EZVote Electronic Poll Book version 3.0 Report (PDF) |
| Votec VoteSafe Electronic Poll Book-PA Version | Thursday, May 19, 2016 | N/A | N/A | View Votec VoteSafe Electronic Poll Book-PA Version Report (PDF) |
| Tenex Software Solutions Electronic Poll Book Precenct Central 3.2.0.1 | Wednesday, April 5, 2017 | N/A | N/A | View Tenex Software Solutions Electronic Poll Book Precenct Central 3.2.0.1 Report (PDF) |
| Election Systems & Software's Electronic Poll Book EZRoster 3.5.0.1 | Wednesday, October 18, 2017 | N/A | N/A | View Election Systems & Software's Electronic Poll Book EZRoster 3.5.0.1 Report (PDF) |
| Knowink PollPad 1.3.3 | Wednesday, May 30, 2018 | N/A | N/A | View Knowink PollPad 1.3.3 Report (PDF) |
| Robis AskEd 3.4.128.7 | Thursday, April 12 and Thursday June 7, 2018 | N/A | N/A | View Robis AskEd 3.4.128.7 Report (PDF) |
| Knowink PollPad 2.5.1 | Tuesday May 12, 2020 | N/A | N/A | View Knowink PollPad 2.5.1 Report (PDF) |
| ES&S ExpressPoll 7.2.0.0 | Wednesday Jan 6, 2021 | N/A | N/A | View ES&S ExpressPoll 7.2.0.0 Report (PDF) |
| Knowink PollPad 3.1.0 | Friday April 1, 2022 | N/A | N/A | View Knowink PollPad 3.1.0 Report (PDF) |
| CIVIX EPollTab 1.2 | Tuesday August 16, 2022 | N/A | N/A | View CIVIX EPollTab 1.2 Report (PDF) |
| ES&S ExpressPoll 7.2.3.2 | Monday December 19, 2022 | N/A | N/A | View ES&S ExpressPoll 7.2.3.2 Report (PDF) |
| ES&S ExpressPoll 7.2.4.0 | Monday July 18, 2022 | N/A | N/A | View ES&S ExpressPoll 7.2.4.0 Report (PDF) |
| ES&S ExpressPoll 7.2.6.1 | February 22, 2024 | N/A | N/A | View ES&S ExpressPoll 7.2.6.1 Report (PDF) |
| Knowink Poll Pad 3.5.1 | February 27, 2024 | N/A | N/A | View Knowink Poll Pad 3.5.1 Report (PDF) |

## Directives Relating to Electronic Voting Systems

- Directive concerning the use, implementation and operation of electronic voting stystems by the county board of elections
- Directive concerning the conduct of electronic voting system examinations by the Commonwealth of Pennsylvania
- Attachment A: Request for Examination
- Attachment B: Representation Affidavit
- Attachment C: Explanation of the Pennsylvania Method
- Attachment D: Indemnification and Warranty
- Attachment E: Pennsylvania Voting System Security Standard
- Directive concerning the installation of files regarding the Diebold Accuvote-TSX Electronic Voting System

## Conditions and Recommendations

- Hart eSlate
- ES&S iVotronic
- AccuVote TSX with GEMS
- Sequoia Edge II
- Sequoia Advantage
- AccuVote TSX with Assure

## Voting System and Electronic Poll Book Testing Status Reports

- March 2018
- April 2018
- May 2018
- June 2018
- July/August 2018

- September 2018
- October 2018
- November/December 2018
- January 2019
- February 2019

Please see the Election Assistance Commission's Voting System Status Report for voting systems that are currently going through the federal certification process or the Frequently Asked Questions section for more information on the federal certification programs.

## Voting System Malfunction Reports

- 2023 Municipal Election (PDF)
- 2024 Primary Election (PDF)
- 2024 General Election (PDF)
- 2025 Municipal Primary (PDF)

## Voting System Public Demonstration



**Dominion Democracy Suite 5.17 Public Demonstration**
Public Demonstration

Unisyn Voting Solutions OpenElect Version 2.2.3



**Unisyn Voting Solutions OpenElect Version 2.2.3**
Public Demonstration of Unisyn Voting Solutions OpenElect Version 2.2.3

ES&S EVS 6.5.0.0 Public Demonstration

**ES&S EVS 6.5.0.0 Public Demonstration**
Public demonstration of ES&S EVS 6.5.0.0.

Hart InterCivic Verity Vanguard 1.0 Electronic Voting System

**Hart InterCivic Verity Vanguard 1.0 Public Demontration**
Public Demonstration of Hart InterCivic Verity Vanguard 1.0

## Related Services and Information

Find more services and information provided by the Department.

- Voting & Election Information →
- Upcoming Elections →
- File a Campaign Finance Form →
- Search Campaign Finance Reports →
- File Lobbying Disclosure Forms →
- Search Lobbying Disclosure Reports →

## Was this page helpful?

○ Yes    ○ No

Return to top ↑



Proudly founded in 1681 as a place of tolerance and freedom.



**TOP SERVICES**

Register to Vote

Find a DMV

Get a Birth Certificate

Join the Veterans Registry

PAyback ↗

**PA.GOV**

Careers & Internships

PennWatch [↗]

Right-to-Know Law [↗]

Copyright © 2025 Commonwealth of Pennsylvania. All rights reserved.

Accessibility | Privacy & Disclaimers | Translation Disclaimer | Security | Social Media Policy & Disclaimer