# EXHIBIT 3

12/29/25, 2:25 PM  Governor Shapiro Certifies 2024 Presidential Election Results | Department of State | Commonwealth of Pennsylvania

Case 1:25-cv-00329-SRB    Document 18-4    Filed 01/05/26    Page 2 of 3

Official website of the Commonwealth of Pennsylvania

Department of State

Agencies > Department of State > Newsroom

# Governor Shapiro Certifies 2024 Presidential Election Results

December 10, 2024

**Harrisburg, PA –** Today, **Governor Josh Shapiro** and **Secretary of the Commonwealth Al Schmidt** certified the results of the presidential race in the 2024 general election.

"From day one of my Administration, I made a commitment to the people of Pennsylvania that our Commonwealth would have a free, fair, safe, and secure presidential election – and the Department of State, under the leadership of Al Schmidt, delivered exactly that," said **Governor Shapiro**. "More than 7 million legal, eligible voters made their voices heard in this election and once again, voters across the Commonwealth were able to cast their ballots safely and securely. Our local Republican and Democratic county elections officials, ordinary Americans doing their part to make democracy work, worked tirelessly to ensure all 67 counties could administer a free and fair election."

As required by state law, once **Schmidt** received certified results from all 67 counties, the Department of State verified the provided totals before the Secretary issued the official certification document on Dec. 4.

Today, as required by federal law, **Governor Shapiro** signed the Certificate of Ascertainment, which records the final results of the presidential election for use by Congress and for other official purposes.

The certificate reflects the following certified vote totals:

- Republican Party candidates Donald J. Trump and JD Vance: 3,543,308
- Democratic Party candidates Kamala D. Harris and Tim Walz: 3,423,042
- Libertarian Party candidates Chase Oliver and Mike ter Maat: 33,318
- Green Party candidates Jill Stein and Rudolph Ware: 34,538

Accordingly, having received the highest vote totals, the presidential electors of Donald J. Trump and JD Vance will gather at noon on Dec. 17 in the chamber of the House of Representatives for the Commonwealth's 60th Electoral College.

Official vote totals for all statewide races can be confirmed on the Department's website.

**MEDIA CONTACTS**

**Matt Heckel**
Press Secretary
ra-st-press@pa.gov

Department of State    Media

12/29/25, 2:25 PM
Governor Shapiro Certifies 2024 Presidential Election Results | Department of State | Commonwealth of Pennsylvania

Case 1:25-cv-00329-SPB    Document 18-4    Filed 01/05/26    Page 3 of 3

Return to top ↑



Proudly founded in 1681 as a place of tolerance and freedom.

## TOP SERVICES

Register to Vote

Find a DMV

Get a Birth Certificate

Join the Veterans Registry

PAyback

## PA.GOV

Careers & Internships

PennWatch

Right-to-Know Law

Copyright © 2025 Commonwealth of Pennsylvania. All rights reserved.

Accessibility | Privacy & Disclaimers | Translation Disclaimer | Security | Social Media Policy & Disclaimer