# EXHIBIT 4

Official website of the Commonwealth of Pennsylvania

Commonwealth of Pennsylvania

Department of State

Agencies  Department of State  Newsroom

# Nineteen Electors Cast Their Ballots for President-Elect Trump and Vice President-Elect Vance during 60th Pennsylvania Electoral College

December 17, 2024

  

**Harrisburg, PA** – **Secretary of the Commonwealth Al Schmidt** presided over the 60th Pennsylvania Electoral College meeting at noon today, during which the 19 electors unanimously voted for Donald J. Trump for president and JD Vance for vice president of the United States, in accordance with Pennsylvania's popular vote results in the Nov. 5 election.

"Today, this group of 19 electors joins the 1,635 electors from our Commonwealth who came before them – stretching all the way back to the very first presidential election in 1789," said **Governor Josh Shapiro**. "For nearly two and half centuries, the people of Pennsylvania have gone to the ballot box and made their voices heard – voices that the electors reflect as they cast they ballots today. This is the 60th occasion of the electoral college – a process outlined in Article II, Section 1 of our nation's Constitution. A process that has been carried out without fail, every four years, dating back to Ben Franklin and Thomas Mifflin. This tradition has stayed the same and our democracy has endured, thanks to those who have come before us and done their part to preserve it."

"This year, more than 7 million registered Pennsylvania voters participated in the process to elect the president, and their voices have been heard," **Schmidt** said. "Voting is the cornerstone of our representative democracy, and I want to thank the 19 men and women in this year's Electoral College who performed their Constitutional duty and reflected the wishes of the Commonwealth's voters."

Pennsylvania is the birthplace of the U.S. Constitution and the Electoral College, which the framers created as a compromise between those who advocated for direct election of the president by the people and those who advocated for Congress to appoint the president. As a result, the people of the United States vote for "electors" who, in turn, vote for the president and vice president. Under the Pennsylvania Election Code, each set of candidates for president and vice president nominates a group of individuals who serve as the members of the Electoral College should they receive the most votes in Pennsylvania for president and vice-president.

The 19 electors who participated today were:

- William Bachenberg
- Vallerie Biancaniello
- Curt Coccodrilli
- Bernadette S. Comfort
- Robert A. Gleason Jr.
- Joyce Haas
- Fred Keller
- Ash Khare
- Jondavid Longo
- Robin Lee Hoyt Medeiros
- Rochelle Marie Pasquariello
- Patricia K. Poprik
- Andrew J. Reilly
- Carol Lynne Ryan
- Carla Sands

12/29/25, 2:29 PM Nineteen Electors Cast Their Ballots during 60th Pennsylvania Electoral College | Department of State | Commonwealth of Penns…

Case 1:25-cv-00329-SPB    Document 18-5    Filed 01/05/26    Page 3 of 4

- Lawrence Tabas
- James "Jim" Vasilko
- T. Lynette Villano
- Christine A. Wilkins

Pennsylvania's electoral votes will be delivered to the president of the U.S. Senate, where the Electoral College votes from all 50 states and the District of Columbia will be counted on Jan. 6, 2025, in a joint session of Congress to determine the national electoral vote for president and vice president of the United States. The president-elect and vice president-elect will be sworn into office on Jan. 20, 2025.

Copies of Pennsylvania's electoral votes will also be delivered to the archivist of the United States in Washington, D.C., and to Chief Judge Matthew W. Brann of the District Court of the United States for the Middle District of Pennsylvania.

To ensure the 2024 general election was free, fair, safe, and secure, counties conducted two separate audits of the results – a statutorily required 2% statistical audit and a statewide risk-limiting audit. Both audits, which are done after each election, confirmed the outcome of the election results, which **Schmidt** certified earlier this month.

---

**MEDIA CONTACTS**

**Matt Heckel**
Press Secretary
ra-st-press@pa.gov

Department of State    Media



Return to top ↑



Proudly founded in 1681 as a place of tolerance and freedom.



**TOP SERVICES**

Register to Vote

Find a DMV

Get a Birth Certificate

Join the Veterans Registry

PAyback

12/29/25, 2:29 PM    Nineteen Electors Cast Their Ballots during 60th Pennsylvania Electoral College | Department of State | Commonwealth of Penns…

Case 1:25-cv-00329-SPB    Document 18-5    Filed 01/05/26    Page 4 of 4

**PA.GOV**

Careers & Internships

PennWatch

Right-to-Know Law

Copyright © 2025 Commonwealth of Pennsylvania. All rights reserved.

Accessibility | Privacy & Disclaimers | Translation Disclaimer | Security | Social Media Policy & Disclaimer