IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, ET AL. | : | No. 1:25-cv-00329 |
| Plaintiffs, | : | (*filed electronically*) |
| v. | : | |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL. | : | |
| Defendants. | : | |

## CERTIFICATE OF CONFERRAL

Pursuant to this Court's Practices and Procedures, I certify that I have conferred in good faith with counsel for plaintiffs to determine whether the pleading deficiencies identified herein could be cured by amendment. The parties agreed that the deficiencies alleged by defendant could not be cured through amendment.

Date:   January 5, 2026

/s/ *Kathleen A. Mullen*
Kathleen A. Mullen
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Tel: 717-783-0736
Fax: 717-214-9899
Email: kamullen@pa.gov