IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al, :
    Plaintiffs : Civil Action No. 1:25-CV-329
:
vs. : Honorable Susan Paradise Baxter
:
AL SCHMIDT, et al, :
    Defendants :

### JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS, TO SECRETARY SCHMIDT'S MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS

AND NOW comes the Defendant, Erie County Board of Elections, by and through its counsel, and hereby joins in the Secretary of the Commonwealth Al Schmidt's Motion to dismiss and Memorandum of Law as follows:

1. On November 6, 2025, the Plaintiff, Election Truth Alliance, et al, filed suit in the above-captioned matter alleging various election improprieties in the November 4, 2024 general election.

2. In addition to the Defendant, Secretary of the Commonwealth Al Schmidt, Plaintiff filed suit against the Allegheny County Board of Elections, the Cambria County Board of Elections, and the Erie County Board of Elections.

3. On January 5, 2026, the Defendant, the Secretary of the Commonwealth Al Schmidt, filed a Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support thereof.

4. The Defendant, Erie County Board of Elections, intends to, and does hereby, join in the legal arguments advanced by the Defendant, Secretary of the Commonwealth Al Schmidt, in its Motion to Dismiss and Memorandum of Law in Support thereof.

WHEREFORE, the Defendant, Erie County Board of Elections, respectfully requests that this Court enter an Order dismissing Plaintiffs' claims against it, with prejudice.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____*Thomas S. Talarico*_____
Thomas S. Talarico, Esquire
Attorney for Defendant, Erie County
Board of Elections
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(814)459-4472

Date: 1/5/26

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on ____JANUARY 5____, 2026 via the Court's CM/ECF system.


By __*Thomas S Talarico*__
Thomas S. Talarico, Esquire