IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al, <br> Plaintiffs | Civil Action No. 1:25-CV-329 |
| vs. | Honorable Susan Paradise Baxter |
| AL SCHMIDT, et al, <br> Defendants | |

### JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS, TO ALLEGHENY COUNTY BOARD OF ELECTION'S MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS

AND NOW comes the Defendant, Erie County Board of Elections, by and through its counsel, and hereby joins in the Allegheny County Board of Election's Motion to dismiss and Memorandum of Law as follows:

1. On November 6, 2025, the Plaintiff, Election Truth Alliance, et al, filed suit in the above-captioned matter alleging various election improprieties in the November 4, 2024 general election.

2. In addition to the Defendant, Allegheny County Board of Elections, Plaintiff filed suit against the Commonwealth of Pennsylvania, the Cambria County Board of Elections, and the Erie County Board of Elections.

3. On January 5, 2026, the Defendant, the Allegheny County Board of Elections, filed a Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support thereof.

4. The Defendant, Erie County Board of Elections, intends to, and does hereby, join in the legal arguments advanced by the Defendant, Allegheny County Board of Elections, in its Motion to Dismiss and Memorandum of Law in Support thereof.

WHEREFORE, the Defendant, Erie County Board of Elections, respectfully requests that this Court enter an Order dismissing Plaintiffs' claims against it, with prejudice.

                                      Respectfully submitted,

                                      TALARICO & ASSOCIATES

                                      By _/s/ Thomas S. Talarico_____
                                      Thomas S. Talarico, Esquire
                                      Attorney for Defendant, Erie County
                                      Board of Elections
                                      Pa. I.D. No. 36256
                                      230 West 6th Street, Suite 202
                                      Erie, PA 16507
                                      (814)459-4472

Date: 1/5/26

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on ____January 5____, 2026 via the Court's CM/ECF system.

By_____
Thomas S. Talarico, Esquire