IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, *et al.*, | : | ELECTRONICALLY FILED |
| | : | CIVIL NO. 1:25-cv-00329 |
| **Plaintiffs,** | : | |
| | : | HONORABLE SUSAN PARADISE BAXTER |
| v. | : | |
| | : | |
| AL SCHMIDT, in his official capacity as | : | |
| Secretary of Commonwealth of | : | |
| Pennsylvania, *et al,* | : | |
| | | |
| **Defendants.** | | |

## BOARD OF ELECTIONS OF CAMBRIA COUNTY'S PARTIAL JOINDER IN SECRETARY SCHMIDT'S MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Defendant, Board of Elections of Cambria County ("Cambria County"), by and through its undersigned counsel, hereby files this Partial Joinder to the Secretary of the Commonwealth Al Schmidt's Motion to Dismiss and Memorandum of Law in Support thereof. Specifically, Cambria County joins in the Secretary's Motion and Supporting Memorandum of Law seeking dismissal of Plaintiffs' Complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) on the following grounds:

- Lack of Article III Standing- see Secretary Schmidt's Memorandum of Law at Section IV(A), pp. 6-8;

- Mootness – see Secretary Schmidt's Memorandum of Law at Section IV(B), pp. 9-10;

- Failure to State a Claim – see Secretary Schmidt's Memorandum of Law Section IV(D), pp. 13-22.

Accordingly, Cambria County requests that Plaintiffs' Complaint be dismissed in its entirety.

Respectfully submitted,

Date: January 5, 2026

*/s/ Brian M. Adrian*
**THE GALLAGHER FIRM, LLC**
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA  15219
412-308-5512 (Phone)
*Counsel for Defendant,*
*Board of Elections of Cambria County*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                              */s/ Brian M. Adrian*
                                              Brian M. Adrian