IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*, | : | ELECTRONICALLY FILED |
| | : | CIVIL NO. 1:25-cv-00329 |
| **Plaintiffs,** | : | |
| | : | HONORABLE SUSAN PARADISE BAXTER |
| v. | : | |
| | : | |
| **AL SCHMIDT, in his official capacity as Secretary of Commonwealth of Pennsylvania,** *et al,* | : : : | |
| **Defendants.** | | |

### NOTICE OF APPEARANCE OF KATHLEEN A. GALLAGHER

TO THE CLERK:

Kindly enter the appearance of Kathleen A. Gallagher of The Gallagher Firm, LLC on behalf of Defendant Board of Elections of Cambria County in connection with the above-captioned matter.

Respectfully submitted,

Date:  January 8, 2026

*/s/ Kathleen A. Gallagher*
**THE GALLAGHER FIRM, LLC**
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA  15219
412-308-5512 (Phone)
*Counsel for Defendant,*
*Board of Elections of Cambria County*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                             */s/ Kathleen A. Gallagher*
                                             Kathleen A. Gallagher