## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN, | Case No.: 1:25-cv-00329 |
| Plaintiffs | |
| v. | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY, | |
| Defendants | |

### ORDER

NOW, to-with this _____ day of January, 2026, upon consideration of Plaintiffs' Motion for Enlargement of Time within which to Respond to Defendants' Motions to Dismiss, it is ORDERED that said Motion shall be, and is hereby GRANTED.

Plaintiffs shall file their Responses to Defendants' Motions to Dismiss on or before February 9, 2026.

BY THE COURT,

_____
Susan Paradise Baxter,
United States District Judge