IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*, : | ELECTRONICALLY FILED |
| Plaintiffs, : | CIVIL NO. 1:25-cv-00329 |
| : | |
| v.                                : | HONORABLE SUSAN |
| : | PARADISE BAXTER |
| **AL SCHMIDT**, in his official capacity as : | |
| Secretary of Commonwealth of Pennsylvania, *et* : | |
| *al,* : | |
| Defendants. : | |

## SECRETARY SCHMIDT'S MOTION TO DISMISS

Defendant, Secretary of the Commonwealth Al Schmidt, by and through his undersigned counsel, hereby moves to dismiss the Amended Complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs have brought this matter due to their concerns about perceived statistical "anomalies" and "manipulation" in the 2024 Presidential election. This Court lacks jurisdiction because the Complaint constitutes nothing more than generalized grievances which are insufficient to confer standing, challenges to the 2024 election are moot, and the Eleventh Amendment bars the claims as to Secretary Schmidt.

Plaintiffs have also failed to adequately allege violations of law. They do not allege that they were denied the right to vote, pursuant to the Civil Rights Act of 1964. They do not allege that they meet the requisite elements for an Equal Protection claim under the Fifth and Fourteenth Amendments to the U.S. Constitution. They do not allege necessary facts to claim a violation of

the Help America Vote Act, and even if they had, that statute does not have a private right of action. They misread Pennsylvania's Election Code to require or authorize actions that it does not. Finally, they ignore that Section 1983 does not provide a cause of action for violations of state law, nor does it provide a cause of action for violations of federal law where the allegations are of nothing more than garden-variety election irregularities.

                                                Respectfully submitted,

Date: February 23, 2026            */s/ Kathleen A. Mullen*
                                                Kathleen A. Mullen (Pa. 84604)
                                                Executive Deputy Chief Counsel
                                                Michelle Rupp (Pa. 337463)
                                                Assistant Counsel
                                                Pennsylvania Department of State
                                                306 North Office Building
                                                Harrisburg, PA 17120
                                                Tel: 717-783-0736
                                                Fax: 717-214-9899
                                                Email: kamullen@pa.gov
                                                          mirupp@pa.gov