IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, ET AL. | : | No. 1:25-cv-00329 |
| Plaintiffs, | : | |
| v. | : | |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL. | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of Secretary Schmidt's Motion to Dismiss, it is hereby ORDERED that said Motion is GRANTED and Plaintiffs' Amended Complaint is dismissed.

_____
**HONORABLE SUSAN PARADISE BAXTER**
**United States District Judge**