# EXHIBIT 2

2/19/26, 4:25 PM                         Post-Election Audits Confirm Accuracy of 2024 General Election | Department of State | Commonwealth of Pennsylvania

Case 1:25-cv-00329-SPB    Document 28-2    Filed 02/23/26    Page 2 of 3

 Official website of the Commonwealth of Pennsylvania

Department of State

Agencies > Department of State > Newsroom

# Post-Election Audits Confirm Accuracy of 2024 General Election

December 02, 2024

  

**Harrisburg, PA** – **Secretary of the Commonwealth Al Schmidt** announced today that the two audits conducted after every election and before final certification confirmed the unofficial results of the 2024 general election were accurate.

"These audits are statistical proof that the reported general election results are accurate, which is a testament to the hard work of county election officials who have spent weeks diligently ensuring the integrity of the election results," **Schmidt** said. "Thank you to the election workers across all 67 counties for once again delivering a free, fair, safe, and secure election in Pennsylvania."

Each county conducted a statutorily required 2% statistical audit, which is a random sample of at least 2% of the ballots cast in their county – or 2,000 ballots, whichever is fewer. All counties reported accurate audit results.

For the statewide risk-limiting audit (RLA), election officials in 32 counties audited the race for state treasurer by hand-tallying 55 batches of ballots that were randomly selected, which amounted to more than 37,000 ballots being reviewed.

**Schmidt** said county election officials identified only six vote discrepancies during the RLA, the largest resulting in a two-vote change. Such discrepancies are usually the result of either human error when manually tabulating audit results or stray or unclear marks on the ballot that lead to subjective decisions about a voter's intent.

Unofficial vote returns for all 2024 general election races can be found on the Department's election returns website.

*Note:* These 32 counties had at least one batch of ballots randomly selected for the risk-limiting audit: Adams, Allegheny, Berks, Blair, Bradford, Bucks, Chester, Crawford, Dauphin, Delaware, Erie, Fayette, Lancaster, Lawrence, Lebanon, Lehigh, Luzerne, Lycoming, McKean, Mercer, Monroe, Montgomery, Montour, Northampton, Northumberland, Philadelphia, Pike, Potter, Snyder, Wayne, Westmoreland, and York.

MEDIA CONTACTS

**Matt Heckel**
Press Secretary
ra-st-press@pa.gov

Department of State    Media

## Was this page helpful?

◯ Yes    ◯ No

2/19/26, 4:25 PM  Post-Election Audits Confirm Accuracy of 2024 General Election | Department of State | Commonwealth of Pennsylvania

Case 1:25-cv-00329-SPB    Document 28-2    Filed 02/23/26    Page 3 of 3

Return to top ↑



Proudly founded in 1681 as a place of tolerance and freedom.

### TOP SERVICES

Register to Vote

Find a DMV

Get a Birth Certificate

Join the Veterans Registry

PAyback

### PA.GOV

Careers & Internships

PennWatch

Right-to-Know Law

Copyright © 2026 Commonwealth of Pennsylvania. All rights reserved.

Accessibility | Privacy & Disclaimers | Translation Disclaimer | Security | Social Media Policy & Disclaimer