# EXHIBIT 6

🇺🇸 An official website of the United States government  Here's how you know ⌄

 

UNITED STATES ELECTION ASSISTANCE COMMISSION

Menu

# Democracy Suite 5.20

Wednesday, February 04, 2026

Share >

## Manufacturer

[Dominion Voting Systems Corp (This company was purchased by Liberty Vote USA Inc. )](#)

## Testing standard

[VVSG 1.0 (2005)](#)

## Testing Lab

[Pro V&V](#)

## Certification Date

02/04/2025

## Certification Status

Certified System

## Testing Application Date

10/26/2023

## Testing Status

System Certified

## Application Accepted Date

03/06/2024

## Testing Documents Media

Dominion Voting Systems D-Suite 5.20 Test Plan-Rev. 05.pdf (1.29 MB)
Dominion Voting Systems D-Suite 5.20 Test Report-Rev. 05.pdf (1019.76 KB)

## Correspondence Media

Application Approval Letter DVS DemSuite 5.20.pdf (169.75 KB)
Dominion DVS 5.20 Test Report Approval Letter.pdf (220.09 KB)
DVS-D Suite 5.20 Test Plan Approval Letter.pdf (211.15 KB)

## Certification Media

DVS 5.20 Certificate and Scope of Conformance.pdf (992.16 KB)

## Advisory Notice Media

2026-JAN-07_CAN_ICCBatchReconciliation.pdf (142.82 KB)

## Product

D-Suite

## Version

5.20



**U.S. Election Assistance Commission**

633 3rd Street NW, Suite 200,
Washington, DC 20001

     

**Contact the EAC**

## Stay Informed

Get the latest on elections, resources, and events

delivered straight to your inbox.

**Sign Up**

About EAC Accessibility Statement FOIA Requests No FEAR Act Data Office of the Inspector General U.S. Office of Special Counsel Privacy Policy Site Map For more U.S. government information visit: USA.gov