# EXHIBIT 10

Tuesday, November 5, 2024

**2024 Presidential Election (Official Returns)**

Statewide

**Filter by county**



Search counties

**Official Results**

| President of the United States | By County ⊞ | By Vote Method ☰ |

**KAMALA D HARRIS (DEM)**
Runningmate: TIM WALZ

**48.66% (Votes: 3,423,042)**
**DONALD J TRUMP (REP)**
Runningmate: JD VANCE

50.37% (Votes: 3,543,308)

CHASE OLIVER (LIB)

Runningmate: MIKE TER MAAT

0.47% (Votes: 33,318)

JILL STEIN (GRN)

Runningmate: RUDOLPH WARE

0.49% (Votes: 34,538)

| United States Senator | By County ⊞ | By Vote Method ≡ |
|---|---|---|

ROBERT P CASEY JR (DEM)

48.60% (Votes: 3,384,180)

DAVE MCCORMICK (REP)

48.82% (Votes: 3,399,295)

JOHN C THOMAS (LIB)

1.29% (Votes: 89,653)

LEILA HAZOU (GRN)

0.95% (Votes: 66,388)

MARTY SELKER (CST)

0.34% (Votes: 23,621)

| Attorney General | By County ⊞ | By Vote Method ≡ |
|---|---|---|

EUGENE DEPASQUALE (DEM)

46.20% (Votes: 3,179,376)
DAVE SUNDAY (REP)

50.81% (Votes: 3,496,679)
ROBERT COWBURN (LIB)

1.29% (Votes: 88,835)
RICHARD L WEISS (GRN)

0.99% (Votes: 68,046)
JUSTIN L MAGILL (CST)

0.45% (Votes: 31,282)
ERIC L SETTLE (FWD)

0.26% (Votes: 18,151)

**Auditor General**　　　　　By County ⊞　　　　　By Vote Method ☰

MALCOLM KENYATTA (DEM)

45.94% (Votes: 3,135,412)
TIM DEFOOR (REP)

51.13% (Votes: 3,489,652)
REECE SMITH (LIB)

1.81% (Votes: 123,628)
ERIC K ANTON (ASP)

0.31% (Votes: 20,989)
BOB GOODRICH (CST)

0.82% (Votes: 55,981)

| State Treasurer | By County ⊞ | By Vote Method ≡ |
|---|---|---|

ERIN MCCLELLAND (DEM)

45.65% (Votes: 3,115,393)

STACY GARRITY (REP)

51.91% (Votes: 3,542,336)

NICKOLAS CIESIELSKI (LIB)

1.45% (Votes: 99,228)

TROY BOWMAN (CST)

0.60% (Votes: 40,886)

CHRIS FOSTER (FWD)

0.39% (Votes: 26,753)

**PRIVACY POLICY** (http://www.pa.gov/privacy-policy/)    **SECURITY POLICY** (http://www.pa.gov/security-policy/)    
**AGENCIES** (http://www.pa.gov/)