IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al, | Civil Action |
| Plaintiff, | No. 1:25-cv-000329 |
| v. | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA | |
| Defendants. | |

**PROPOSED ORDER**

AND NOW this ___ day of _____, 2026, upon consideration of the Motion to Dismiss the Amended Complaint filed by the Allegheny County Board of Elections and its Brief in Support thereof and the Response thereto filed by Plaintiffs Election Truth Alliance and the individual Plaintiffs, the Motion to Dismiss is granted. The Plaintiffs' Amended Complaint (ECF 26) against Allegheny County Board of Elections is dismissed in its entirety, with prejudice.

BY THE COURT,

_____,J.