IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*, | : | ELECTRONICALLY FILED |
| Plaintiffs, | : | CIVIL NO. 1:25-cv-00329 |
| | : | |
| v. | : | HONORABLE SUSAN PARADISE |
| | : | BAXTER |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania, et** | : | |
| **al.**, | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

    I hereby certify that on February 23, 2026, I caused the foregoing document, Defendant Allegheny County Board of Elections' Motion to Dismiss Amended Complaint and the Brief in Support thereof to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

    */s/ Lisa G. Michel*
    Lisa G. Michel
    Assistant County Solicitor
    Pa. I.D. #59997

    ALLEGHENY COUNTY LAW DEPARTMENT
    445 Fort Pitt Boulevard, #300
    Pittsburgh, PA 15219
    (412) 350-1167
    Lisa.Michel@alleghenycounty.us