# EXHIBIT 2



Official website of the Commonwealth of Pennsylvania

Commonwealth of Pennsylvania

**Department of State**

Agencies > Department of State > Resources > Voting & Elections Resources > Voting Systems

# Voting Systems in Pennsylvania

All 67 of the Pennsylvania's counties deploy voting systems that produce voter-verifiable paper records and meet 21st-century standards of security, auditability and accessibility.



Voting System Demos →

# Voting Systems by County

View a map of the voting systems used by each county.

View a map of the electronic poll books used by each county.

### Certified Voting Systems - Certified after January 1, 2018

| System Name | Examination / Reexamination Date | Secretary's Certification Report |
|---|---|---|
| Unisyn Voting Solutions OpenElect 1.3.0.2.A | Thursday, December 14, 2017 | View Unisyn Voting Solutions OpenElect 1.3.0.2.A Report (PDF) |
| ES&S EVS 6.0.2.1 Voting System | Tuesday, September 25, 2018 | View ES&S EVS 6.0.2.1 Voting System Report (PDF) |
| Reexamination Results of ES&S ExpressVote XL | Tuesday, September 3, 2019 | View Reexamination Results of ES&S ExpressVote XL Report (PDF) |
| Unisyn OpenElect 2.0A2 Voting System | Wednesday, October 3, 2018 | View Unisyn OpenElect 2.0A2 Voting System Report (PDF) |
| Dominion Democracy Suite 5.5-A | Wednesday, December 5, 2018 | View Dominion Democracy Suite 5.5-A Report (PDF) |
| ClearBallot ClearVote 1.5 | Monday, February 25, 2019 | View ClearBallot ClearVote 1.5 Report (PDF) |
| Hart Verity Voting 2.3.3 | Tuesday, February 12, 2019 | View Hart Verity Voting 2.3.3 Report (PDF) |
| Hart Verity Voting 2.3.4 | Wednesday, May 1, 2019 | View Hart Verity Voting 2.3.4 Report (PDF) |
| ClearBallot ClearVote 2.0 | Thursday, September 12, 2019 | View ClearBallot ClearVote 2.0 Report (PDF) |
| Election Systems & Software's EVS 6.0.3.0 | Tuesday July 28, 2020 | View Election Systems & Software's EVS 6.0.3.0 Report (PDF) |
| ES&S EVS 6.1.1.0 | Thursday, July 30, 2020 | View ES&S EVS 6.1.1.0 Report (PDF) |
| Hart Verity Voting 2.6 | Tuesday, January 11, 2022 | View Hart Verity Voting 2.6 Report (PDF) |
| Hart Verity Voting 2.7 | Tuesday, October 18, 2022 | View Hart Verity Voting 2.7 Report (PDF) |

| ES&S EVS 6.3.0.0 | Monday, October 17, 2022 | View ES&S EVS 6.3.0.0 Report (PDF) ↗ |
|---|---|---|
| ClearBallot ClearVote 2.3 | Tuesday, January 24, 2023 | View ClearBallot ClearVote 2.3 Report (PDF) ↗ |
| Dominion Democracy Suite 5.17 | Tuesday, January 16, 2024 | View Dominion Democracy Suite 5.17 Report (PDF) ↗ |
| Unisyn OpenElect 2.2.3 | Tuesday March 5, 2024. | View Unisyn OpenElect 2.2.3 Secretary's Certification Report (PDF) ↗ |
| Reexamination Results of Dominion Democracy Suite 5.5-A | Thursday May 29, 2025 | View Reexamination Results of Dominion Democracy Suite 5.5-A Report(PDF) ↗ |
| Election Systems & Software EVS 6.5.0.0 | Monday June 23, 2025 | View Election Systems & Software EVS 6.5.0.0 Report (PDF) |

## Decertified Voting Systems

Voting systems listed below were decertified on April 23, 2020. View Decertification memo here ↗.

- Hart eScan
- Hart eSlate
- Danaher 1242
- ES&S iVotronic
- AccuVote TSX with GEMS
- Sequoia Edge II
- Sequoia Advantage
- AccuVote TSX with Assure
- Accuvote TSX 4.6.4.106 and GEMS 1.18.25.109
- Election Systems & Software's Electronic Voting System version 5.2.0.0 and 5.2.0.3
- Election Systems & Software's Unity version 3.4.1.0 Voting System

# Electronic Poll Books by County

View a map of the electronic poll books used by each county.

### Certified Electronic Poll Books

| System Name | Examination / Reexamination Date | Test Protocol | Examiner's Report and "As Run" Test Protocol | Secretary's Certification Report |
|---|---|---|---|---|
| Votec Corp. VoteSafe E-Poll Book Demonstration | Thursday, August 26, 2010 | N/A | N/A | View Report Votec Corp. VoteSafe E-Poll Book Demonstration (PDF) ↗ |
| ExpressPoll 5000 with EZRoster version 2.7.8 | Wednesday, August 29, 2012 | View ExpressPoll 5000 with EZRoster version 2.7.8 Test Report (PDF) ↗ | View ExpressPoll 5000 with EZRoster version 2.7.8 Examiner's Report (PDF) ↗ | View ExpressPoll 5000 with EZRoster version 2.7.8 Report (PDF) ↗ |
| ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 | Wednesday, August 29, 2012 | View Report ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Test (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Examiner's Report (PDF) | View ExpressPoll 5000 with EZRoster version 2.7.8 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Report (PDF) |
| ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 | Tuesday, May 14, 2013 | View ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 Test Report (PDF) ↗ | View Report ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 Examiner's Report (PDF) ↗ | View ExpressPoll 5000 with EZRoster version 2.7.11, Bridgepoint version 1.6.0.0 and CardWriter versions 1.1.4, 1.1.5 and 1.1.6 Report (PDF) ↗ |
| ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 | Tuesday, May 14, 2013 | View ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 Test Report (PDF) ↗ | View Report ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 Examiner's Report (PDF) ↗ | View ExpressPoll 5000 with EZRoster version 2.7.11 and Bridgepoint version 1.6.0.0 Report (PDF) ↗ |
| EA Tablet with Jellybean version 4.2.1 | Tuesday, May 14, 2013 | View EA Tablet with Jellybean version 4.2.1 Test Report (PDF) ↗ | N/A | View EA Tablet with Jellybean version 4.2.1 Report (PDF) ↗ |
| ExpressPoll 5000 with EZRoster version 2.7.12.4 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 | Thursday, January 23, 2014 | View ExpressPoll 5000 with EZRoster version 2.7.12.4 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Test Report (PDF) ↗ | N/A | View ExpressPoll 5000 with EZRoster version 2.7.12.4 and CardWriter versions 1.1.4, 1.1.5, 1.1.6 Report (PDF) ↗ |