# EXHIBIT 5

2/22/26, 12:23 PM  2024 General Risk-Limiting Audit Report | Voting & Election Information | Commonwealth of Pennsylvania

Case 1:25-cv-00329-SPB    Document 30-5    Filed 02/23/26    Page 2 of 3



Official website of the Commonwealth of Pennsylvania



Commonwealth of Pennsylvania

 

**Vote**

Agencies > Voting & Election Information > Elections > Auditing Election Results > 2024 General Risk-Limiting Audit Report

# November 5, 2024, Risk-Limiting Audit Report

For the 2024 general election, the race for state treasurer was randomly selected for review. The results of the audited sample compared to the initial reported results confirmed that the outcome of the election was accurate.

To conduct this specific audit:

- Counties created ballot manifests, which are spreadsheets showing the number of ballots counted for the selected contest and details on how the ballots are organized and stored. This collection of information allows batches of ballots to be identified, retrieved, and examined if selected for the audit.
- After counties uploaded their ballot manifests to an open-source audit software tool called Arlo, Department of State staff generated a random 20-digit seed number during a livestreamed dice roll.
- That seed number was then entered into the audit software, which selected the random list of ballot batches for certain counties to retrieve. In total, 55 batches of ballots in 32 counties were randomly chosen to be audited.
- Officials in the selected counties retrieved the randomly selected batches of ballots and verified the ballots cast for the Democratic race for state treasurer.
- The audit software system then tallied and analyzed the results.

The audit identified only seven vote discrepancies, the largest resulting in a two-vote change. Such discrepancies are typically the result of human error when manually tabulating audit results or stray and unclear marks on a ballot, which can lead to subjective decisions about a voter's intent.

Download detailed results of the 2024 general election risk-limiting audit.



Was this page helpful?

Yes   No

Return to top ↑



Commonwealth of Pennsylvania

Proudly founded in 1681 as a place of tolerance and freedom.

[f] [X] [🦋] [@] [📷] [♪]
[▶] [••] [💬]

**TOP SERVICES**

Register to Vote

Find a DMV

Get a Birth Certificate

Join the Veterans Registry

PAyback [↗]

## PA.GOV

Careers & Internships

PennWatch [↗]

Right-to-Know Law [↗]

Copyright © 2026 Commonwealth of Pennsylvania. All rights reserved.
Accessibility   Privacy & Disclaimers   Translation Disclaimer   Security   Social Media Policy & Disclaimer