IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*, | : | ELECTRONICALLY FILED |
| Plaintiffs, | : | CIVIL NO. 1:25-cv-00329 |
| | : | |
| v. | : | HONORABLE SUSAN PARADISE |
| | : | BAXTER |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania, et al.,** | : | |
| | : | |
| Defendants. | : | |

CERTIFICATE OF CONFERRAL

On February 23, 2026, at 9:30 A.M., Lisa. G. Michel, Assistant County Solicitor appearing for the Defendant Allegheny County Board of Elections, met in good faith to confer virtually with Plaintiffs' counsel Timothy D. McNair, Esquire, to discuss the legal deficiencies in the Amended Complaint as set forth in Defendant Allegheny County Board of Election's Motion to Dismiss. The parties agreed that the deficiencies asserted by this Defendant could not be cured by further amendment.

    Respectfully submitted,

    */s/ Lisa Michel*
    Lisa Michel
    Assistant County Solicitor
    Pa. I.D. #59997

    ALLEGHENY COUNTY LAW DEPARTMENT
    445 Fort Pitt Boulevard, #300
    Pittsburgh, PA 15219
    (412) 350-1167
    Lisa.Michel@alleghenycounty.us