IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*,  *Plaintiffs*,  v.  **AL SCHMIDT**, **in his official capacity as Secretary of Commonwealth of Pennsylvania**, *et al*,  *Defendants*. | ELECTRONICALLY FILED  CIVIL NO. 1:25-cv-00329  HONORABLE SUSAN PARADISE BAXTER |

**BOARD OF ELECTIONS OF CAMBRIA COUNTY'S
PARTIAL JOINDER IN SECRETARY SCHMIDT'S MOTION TO
DISMISS AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Defendant Board of Election of Cambria County ("Cambria County") by and through its undersigned counsel, hereby files this Partial Joinder to the Secretary of the Commonwealth Al Schmidt's Motion to Dismiss and Memorandum of Law in Support thereof.  Specifically, Cambria County joins in the Secretary's Motion and Supporting Memorandum of Law seeking dismissal of Plaintiffs' Amended Complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) on the following grounds:

- Lack of Article III Standing – see Secretary Schmidt's Memorandum of Law at Section IV(A), pp. 6-9;

- Mootness – see Secretary Schmidt's Memorandum of Law at Section IV(B), pp. 10-11;

- Failure to State a Claim – see Secretary Schmidt's Memorandum of Law Section IV(D), pp. 14-25.

2

    Accordingly, Cambria County requests that Plaintiffs' Amended Complaint be dismissed in its entirety.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: February 23, 2026 | */s/ Kathleen A. Gallagher* |
|  | The Gallagher Firm, LLC |
|  | Kathleen A. Gallagher (PA #37950) |
|  | kag@gallagherlawllc.com |
|  | Brian M. Adrian (PA #81461) |
|  | bma@gallagherlawllc.com |
|  | 436 Seventh Avenue, 30th Floor |
|  | Pittsburgh, PA 15219 |
|  | 412-308-5512 (Phone) |
|  | *Counsel for Defendant,* |
|  | *Board of Election of Cambria County* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 23, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                            */s/ Kathleen A. Gallagher*
                                            Kathleen A. Gallagher