# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, | Case No. 1:25-cv-00329 |
| Plaintiff, | |
| v. | Hon. Judge Susan Paradise Baxter |
| SCHMIDT, et al., | |
| Defendants. | |
| | (Electronically Filed) |

### Appearance of Attorney Amicus Curiae

To The Clerk of Court and All Parties of Record:

 I am admitted to practice law in Ohio and certain Federal Appeals Courts. I appear in this Case as Amicus Curiae, pro se, for at least the limited purpose of motioning for leave to file, and to file, a Brief of Amicus Curiae in support of Plaintiff.

 Respectfully submitted,

<u>/s/Patrick Cummins</u>
Patrick D. Cummins
 as Amicus Curiae, Pro Se
Dean Cummins Law Firm LLC
470 W Broad St. #22
Columbus, Ohio 43215
Patrick@CumminsIP.com    Dated: February 26, 2026