IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE,<br>  Plaintiff, | Case No. 1:25-cv-00329 |
| v. | Hon. Judge Susan Paradise Baxter |
| SCHMIDT, et al.,<br>  Defendants. | (Electronically Filed) |

## Disclosure Statement

  Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal: Attorney amicus Patrick D. Cummins, in the above-captioned action, certifies he is not a corporate entity. Attorney amicus Patrick D. Cummins further certifies that neither he nor any parent, subsidiary, nor affiliate has issued shares or debt securities to the public.

  Respectfully submitted,

/s/Patrick Cummins
Patrick D. Cummins
  as Amicus Curiae, Pro Se
Dean Cummins Law Firm LLC
470 W Broad St. #22
Columbus, Ohio 43215
Patrick@CumminsIP.com         Dated: February 26, 2026