IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE,<br>    Plaintiff,<br>    v.<br>SCHMIDT, et al.,<br>    Defendants. | Case No. 1:25-cv-00329<br><br>Hon. Judge Susan Paradise Baxter<br><br>(Electronically Filed) |

## [PROPOSED] ORDER GRANTING LEAVE

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion for Leave to File Amicus Curiae Brief filed by attorney Patrick D. Cummins, appearing as attorney Amicus Curiae *pro se*, and for good cause shown, it is hereby **ORDERED** that said Motion is **GRANTED**.

Amicus Curiae is directed to file the Brief of Amicus Curiae, attached as Exhibit 1 to the Motion for Leave.

BY THE COURT:

_____
Hon. Susan Paradise Baxter
United States District Judge