# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE,<br>     Plaintiff,<br><br>v.<br><br>SCHMIDT, et al.,<br>     Defendants. | Case No. 1:25-cv-00329<br><br>Hon. Judge Susan Paradise Baxter<br><br>(Electronically Filed) |

## Certificate of Service

I, Patrick D. Cummins, hereby certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Pennsylvania by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

/s/Patrick Cummins
Patrick D. Cummins (SBN Ohio 105801)
     as Amicus Curiae, Pro Se
Dean Cummins Law Firm LLC
470 W Broad St. #22
Columbus, Ohio 43215
Patrick@CumminsIP.com                    Dated: February 26, 2026