# EXHIBIT 1

| | |
|---|---|
| **From:** | Patrick Cummins |
| **To:** | ST, Elections |
| **Cc:** | board@electiontruthalliance.org |
| **Subject:** | [External] Election Truth Alliance \| Request for Conference |
| **Date:** | Monday, July 7, 2025 2:43:44 PM |
| **Attachments:** | Email - Thank you for contacting the Office of Governor Josh Shapiro.pdf |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the Report Phishing button in Outlook.*

Good afternoon,

I am an attorney working with Election Truth Alliance (ETA), and today I spoke on the phone with your colleague, Adam.  Adam provided me with this email address and indicated someone at this address may have the authority to set up a conference with ETA (e.g., a Zoom conference, or in-person). <u>Please let us know your earliest availability to receive a presentation from ETA.</u>  The presentation will briefly cover ETA's findings and should last around 15-20 minutes.

As background, ETA recently campaigned for the Secretary of Commonwealth to investigate alleged election irregularities that may have impacted the results of the 2024 General Election. These alleged irregularities are in part based on statistical analyses performed by data experts working with ETA, using voting data provided by Pennsylvania (e.g., publicly available data, and data received in response to Freedom of Information Act requests).

Our goal is to have the Secretary of Commonwealth amicably agree to initiate a formal investigation, even if such investigation is limited to a county, or certain precincts. We are willing to volunteer our time to assist in this effort, notwithstanding any limitations of state or federal law. Also note, a similar message was also provided to the Governor of Pennsylvania on June 17, but no response was ever received (see attached).

**<u>Please expressly indicate your willingness to receive a presentation in the next 14 days regarding the findings of ETA.</u>** We encourage questions, and hope that you will have your most knowledgeable and experienced election officers at any forthcoming presentation with ETA.

Many thanks for your consideration and we look forward to hearing from you.

Sincerely,

Patrick D. Cummins
*Patent Prosecutor and Litigator*
(502) 445-9880
Patrick@CumminsIP.com