IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al, | Civil Action |
| Plaintiff, | No. 1:25-cv-000329 |
| v. | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA | |
| Defendants. | |

### DEFENDANT ALLEGHENY COUNTY BOARD OF ELECTION'S JOINDER IN SECRETARY SCHMIDT'S OPPOSITION TO CUMMINS MOTION FOR LEAVE TO FILE AMICUS BRIEF

The Allegheny County Board of Elections by its undersigned counsel, Assistant County Solicitor Lisa G. Michel, hereby files this Joinder with the Secretary of the Commonwealth Al Schmidt's Opposition to Patrick Cummuns Motion for Leave to file an Amicus Brief.

WHEREFORE, the Defendant, Allegheny County Board of Elections, respectfully requests that this Court deny Patrick Cummins Request for Leave to file an Amicus Brief.

Respectfully submitted,

*/s/ Lisa G. Michel*
Lisa G. Michel
Assistant County Solicitor
Pa. I.D. #59997

ALLEGHENY COUNTY LAW DEPARTMENT
445 Fort Pitt Boulevard, #300
Pittsburgh, PA 15219
(412) 350-1167
Lisa.Michel@alleghenycounty.us