IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, *et al.*, | ELECTRONICALLY FILED |
| *Plaintiffs,* | CIVIL NO. 1:25-cv-00329 |
| v. | HONORABLE SUSAN PARADISE BAXTER |
| AL SCHMIDT, in his official capacity as Secretary of Commonwealth of Pennsylvania, *et al.*, | |
| *Defendants.* | |

## BOARD OF ELECTIONS OF CAMBRIA COUNTY'S JOINDER IN SECRETARY SCHMIDT'S OPPOSITION TO CUMMINS MOTION FOR LEAVE TO FILE AMICUS BRIEF

Defendant Board of Election of Cambria County by and through its undersigned counsel, hereby files this Joinder with the Secretary of the Commonwealth Al Schmidt's Opposition to Patrick Cummins Motion for Leave to file an Amicus.

WHEREFORE, the Defendant Board of Election of Cambria County respectfully requests that this Court deny Patrick Cummins Request for Leave to file an Amicus Brief.

Date: March 3, 2026

Respectfully submitted

*/s/ Kathleen A. Gallagher*
The Gallagher Firm, LLC
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
412-308-5512 (Phone)
*Counsel for Defendant,*
*Board of Election of Cambria County*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                               */s/ Kathleen A. Gallagher*
                                               Kathleen A. Gallagher