

FILED

FEB 2 6 2026

CLERK OF COURT OF WESTERN DISTRICT
OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,  :
    Plaintiffs  :  Civil Action No. 1:25-CV-329
     :
    vs.  :  Honorable Susan Paradise Baxter
     :
AL SCHMIDT, et al,  :
    Defendants  :

JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS,
TO SECRETARY SCHMIDT'S MOTION TO DISMISS AND
MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION
TO DISMISS

AND NOW, this 26th day of February, 2026, comes the Defendant, Erie County

Board of Elections, by and through its counsel, and hereby joins in the Secretary of the

Commonwealth Al Schmidt's Motion to dismiss and Memorandum of Law as follows:

1.    On November 6, 2025, the Plaintiff, Election Truth Alliance, et al, filed suit

in the above-captioned matter alleging various election improprieties in the November 4,

2024 general election.

2.    In addition to the Defendant, Secretary of the Commonwealth Al Schmidt,

Plaintiff filed suit against the Allegheny County Board of Elections, the Cambria County

Board of Elections, and the Erie County Board of Elections.

3.    On January 5, 2026, the Defendant, the Secretary of the Commonwealth Al Schmidt, filed a Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support thereof.

4.    On January 5, 2026, the Defendant, Erie County Board of Elections, filed a Joinder to the Secretary of the Commonwealth's Motion to Dismiss and Memorandum of Law in support of its Motion to Dismiss.

5.    On February 9, 2026, the Plaintiff, Election Truth Alliance, et al, filed an Amended Complaint, again alleging various election improprieties in the November 4, 2024 general election.

6.    On February 23, 2026, the Defendant, the Secretary of the Commonwealth, filed a second Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in support thereof.

7.    The Defendant, Erie County Board of Elections, does hereby Join in the legal arguments advanced by the Defendant, the Secretary of the Commonwealth, in its Motion to Dismiss and Memorandum of Law in support thereof.

WHEREFORE, the Defendant, Erie County Board of Elections, respectfully requests that this Court enter an Order dismissing Plaintiffs' Amended Complaint with

prejudice.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____

Thomas S. Talarico, Esquire
Attorney for Defendant, Erie County
Board of Elections
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(8l4)459-4472

Date: 2.26.25

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

Joinder was filed and served on February 26, 2026 via the United States Post Office, first

class mail.

By _____
Thomas S. Talarico, Esquire