IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al,  :<br>    Plaintiffs                     : <br>                                            :<br>vs.                                            :<br>                                            :<br>AL SCHMIDT, et al,              :<br>    Defendants                   : | Civil Action No. 1:25-CV-329<br><br>Honorable Susan Paradise Baxter |

<u>JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS,
TO SECRETARY SCHMIDT'S OPPOSITION TO PATRICK
CUMMINS' MOTION FOR LEAVE TO FILE AMICUS BRIEF</u>

AND NOW, this 3rd day of March, 2026, comes the Defendant, Erie County Board of Elections, by and through its counsel, and hereby joins in the Secretary of the Commonwealth Al Schmidt's Opposition to Patrick Cummins' Motion for Leave to File an Amicus Brief.

WHEREFORE, the Defendant, Erie County Board of Elections, respectfully requests that this Court deny Patrick Cummins' Motion for Leave to File an Amicus Brief.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Attorney for Defendant, Erie County
Board of Elections
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(814)459-4472

Date: 3/3/26

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on March 3rd, 2026 via the Court's CM/ECF system or the United States Post Office, first class mail.

By_____
Thomas S. Talarico, Esquire