IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE,<br>    Plaintiff,<br>  v.<br>SCHMIDT, et al.,<br>    Defendants. | Case No. 1:25-cv-00329<br><br>Hon. Judge Susan Paradise Baxter<br><br><br>(Electronically Filed) |

**[PROPOSED] ORDER GRANTING LEAVE**

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion for Leave to File a Reply Brief filed by Patrick D. Cummins, appearing as Amicus Curiae pro se, and for good cause shown, it is hereby ORDERED that said Motion is GRANTED.

Amicus Curiae is directed to file the Reply Brief, attached as Exhibit A to the Motion for Leave, onto the docket.

BY THE COURT:

_____
Hon. Susan Paradise Baxter
United States District Judge