## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

/s/ Patrick Cummins
Patrick D. Cummins (SBN Ohio 105801)
*as Amicus Curiae, Pro Se*
Dean Cummins Law Firm LLC
470 W Broad St. #22
Columbus, Ohio 43215
Patrick@CumminsIP.com