# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN, | Case No.: 1:25-cv-00329 |
| | |
| | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO DISMISS |
| Plaintiffs | |
| v. | Filed on behalf of: Plaintiffs |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY, | Counsel of Record: |
| | Timothy D. McNair, Esquire |
| | PA ID No.: 34304 |
| | tmcnair@mcnairlaw.com |
| Defendants | McNair Law Offices, PLLC |
| | 821 State Street |
| | Erie, PA 16501 |
| | Phone: (814) 452-0700 |
| | Fax: (814) 454-2371 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN,<br><br>Plaintiffs<br><br>v.<br><br>AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY,<br><br>Defendants | Case No.: 1:25-cv-00329<br><br>*Electronically Filed* |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO DISMISS**

NOW COME the Plaintiffs, Election Truth Alliance, et al., by counsel, McNair Law Offices, PLLC and respectfully moves this Honorable Court for an enlargement of the time within which to respond to the Motions to Dismiss heretofore filed, respectfully representing:

1.  On February 23, 2026, Defendants filed, in response to Plaintiffs' Amended Complaint, Motions to Dismiss pursuant to F. R.C.P. 12. Secretary Schmidt

2

and Allegheny County Board of Elections filed Motions to Dismiss. Cambria County Board of Elections and Erie County Board of Elections subsequently joined those Motions.

  2. Pursuant to this Court's practices and procedures, in particularly Section II(B)(4), Plaintiffs' responses would be due on March 16th.

  3. Counsel for Plaintiffs has been experiencing technical difficulties regarding the internet.

  4. Counsel for Plaintiffs requires, and has requested, an additional one day to file Plaintiffs' Responses to the Motions to Dismiss, until March 17, 2026.

  5. All Defendants have consented to this extension.

WHEREFORE, Plaintiffs respectfully move this Honorable Court for enlargement of the time within which to respond to Defendants' Motions to Dismiss until March 17, 2026.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: *s/ Timothy D. McNair*
  Timothy D. McNair, Esquire
  Pa. ID# 34304
  821 State Street
  Erie, PA 16501
  (814) 452-0700
  (814) 454-2371 (fax)
  tmcnair@mcnairlaw.com