IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*, | : | ELECTRONICALLY FILED |
| Plaintiffs, | : | CIVIL NO. 1:25-cv-00329 |
| | : | |
| v. | : | HONORABLE SUSAN |
| | : | PARADISE BAXTER |
| **AL SCHMIDT**, in his official capacity as | : | |
| Secretary of Commonwealth of Pennsylvania, *et al*, | : | |
| | : | |
| Defendants. | : | |

## SECRETARY SCHMIDT'S OPPOSITION TO CUMMINS' MOTION FOR LEAVE TO FILE A REPLY BRIEF

Defendant, Secretary of the Commonwealth Al Schmidt, by and through his undersigned counsel, hereby files this Brief in Opposition to proposed amicus Patrick Cummins' Motion for Leave to File a Reply Brief in Reply to Secretary Schmidt's Opposition. Cummins Mot. to Reply, Dkt. No. 41.

Contrary to Mr. Cummins' assertion, a reply brief is not necessary to address any "procedural misconceptions propounded by Secretary Schmidt." Cummins Mot. to Reply, Dkt. No. 41 at 1. In his opposition to Mr. Cummins' original motion for leave to file an amicus brief, Cummins Mot. to File Amicus, Dkt. No. 34, Secretary Schmidt properly quoted the four factors that district courts consider when deciding whether to grant leave to file an amicus brief. Those factors are whether "(1) petitioner has a 'special interest' in the particular case; (2) petitioner's interest is not represented competently or at all in the case; (3) the proffered information is timely and useful; and (4) petitioner is not partial to a particular outcome in the case." *Tatel v. Mt. Lebanon Sch. Dist.*, No. 22-837, 2024 WL 980070, at *1 (W.D. Pa. Mar. 7, 2024) (internal

citations omitted). Secretary Schmidt cited cases from as far back as 2005 and as recently as 2024 in which courts in the Western District of Pennsylvania used these four factors. Schmidt Opp., Dkt. No. 35 at 2.

In originally seeking leave to file his amicus brief, Mr. Cummins ignored these four factors, despite their being used throughout the Third Circuit. *See, e.g.*, *Kyocera Document Solutions America, Inc. v. Div. of Admin.*, 708 F. Supp. 3d 531, 542 n.16 (D.N.J. 2023); *Panzer v. Verde Energy USA, Inc.*, No. 19-3598, 2021 WL 2186422, *1 (E.D. Pa. May 27, 2021). Instead, he claimed that "[c]ourts grant leave to file amicus briefs when a proposed filing provides a timely and useful perspective, and specifically when an amicus brief offers insights, facts, or data that are not to be found in the parties' briefs." Cumm. Mot. to File Amicus, Dkt. No. 34 at 3. For this proposition, Mr. Cummins cited *Wayne Land & Mineral Grp., LLC v. Del. River Basin Comm'n*, No. 3:16-cv-00897, 2016 WL 7256945 (M.D. Pa. Dec. 15, 2016). But that same case also looks to all four factors analyzed by Secretary Schmidt. *Id.* at *1. In other words, Mr. Cummins apparently either failed to read or ignored the four factors used by the very court he cited, and instead focused solely on the third factor, i.e. whether the filing is timely and useful. Cumm. Mot. to File Amicus, Dkt. No. 34 at 3.

Having failed in his original motion to acknowledge and address the full scope of factors that District Courts in the Third Circuit consider, Mr. Cummins now attempts to address them through means of a reply brief, despite this Court not providing for reply briefs to non-dispositive motions. "Practices and Procedures of District Judge Susan Paradise Baxter, Effective December 1, 2018," *available at* https://www.pawd.uscourts.gov/sites/pawd/files/Baxter_PP_2019.pdf (last visited Mar. 12, 2026).

2

Furthermore, Mr. Cummins has no genuine need to respond to Secretary Schmidt's analysis. The one-judge, non-precedential Third Circuit decision that he relies on to undercut the first and fourth factors is from 2002, Cummins Mot. to Reply, Dkt. No. 41 at 2-3. Most of the opinions cited throughout Secretary Schmidt's opposition brief were issued after that decision, thus undermining Mr. Cummins' apparent arguments that this court should ignore the first factor, Cummins Mot. to Reply, Dkt. No. 41 at 2-3, or interpret differently the fourth factor. Cummins Mot. to Reply, Dkt. No. 41 at 1-2. Moreover, Mr. Cummins mischaracterizes Secretary Schmidt's opposition by stating that he relies on a rejected "restrictive interpretation" that would require complete impartiality. Cummins Mot. to Reply, Dkt. No. 41 at 1-2. To the contrary, Secretary Schmidt recognizes the indisputable fact that partiality is one of the factors courts consider, and that—as in a Western District decision issued seven years *after* the case Mr. Cummins relies on—Mr. Cummins has come before this court as an advocate for the Plaintiff. Schmidt Opp., Dkt. No. 35 at 7-8.

In short, Mr. Cummins attempts a wholly needless second bite at the apple. Secretary Schmidt requests that this Court deny Mr. Cummins' motion for leave to file a reply.

                                                Respectfully submitted,

Date:  March 16, 2026                        */s/ Michelle Rupp*
                                                Kathleen A. Mullen (Pa. 84604)
                                                Executive Deputy Chief Counsel
                                                Michelle Rupp (Pa. 337463)
                                                Assistant Counsel
                                                Pennsylvania Department of State
                                                306 North Office Building
                                                Harrisburg, PA 17120
                                                Tel: 717-783-0736
                                                Fax: 717-214-9899
                                                Email: kamullen@pa.gov
                                                              mirupp@pa.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on March 16, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Michelle Rupp*
Michelle Rupp
