Case 1:25-cv-00329-SRB   Document 44-2   Filed 03/17/26   Page 1 of 10


**Snopes**
Now available in the app store!

Open   ✕

      🔍   **Snopes Membership**   👤  ☰

⊘ **Fact Check**

# Yes, Trump said Musk knows vote-counting computers 'better than anybody'

Some people claimed the quote was proof that tech mogul Elon Musk helped U.S. President Donald Trump rig the election result in Pennsylvania.

By ( Amelia Clarke )                    Published March 30, 2025



*Image courtesy of Getty Images*

ABA
AMERICAN BAR ASSOCIATION

**American Bar Association** - Sponsored
Boost Your Career

Learn more   >

**Claim:**

> U.S. President Donald Trump said his adviser, tech mogul Elon Musk, "knows those computers better than anybody, all those computers, those vote counting computers, and we ended up winning Pennsylvania, like, in a landslide."

**Rating:**



## Correct Attribution

About this rating ⬈

## Context

Trump did authentically produce the above quote the day before his Jan. 20, 2025, presidential inauguration. However, there is no evidence he was saying that his win in Pennsylvania was due to Musk's purported knowledge of vote-counting computers.

*Advertisement:*

In early 2025, a video spread online allegedly showing U.S. President **Donald Trump** stating that his adviser, tech mogul **Elon Musk**, knows "those computers better than anybody [ … ] those vote counting computers. And we ended up winning Pennsylvania, like, in a landslide."

One Reddit user **posted** a screenshot (**archived**) of an **X post** that read: "Trump on Elon Musk: 'He knows those computers better than anybody. All those computers. Those vote-counting computers. And we ended up winning Pennsylvania like in a landslide.'" The Reddit user added: "This doesn't sound highly suspect or anything."

Yes, Trump said Musk knows vote-counting computers better than anybody | Snopes.com



**WhitePeopleTwitter**   ⊕ **Join**
Posted by G-Unit11111 · 1 yr. ago

🟠 **reddit**

**This doesn't sound highly suspect or anything.**

Aaron Rupar ✔
@atrupar

**Subscribe**   ⋮

View on Reddit

Trump on Elon Musk: "He knows those computers better than anybody. All those computers. Those vote-counting computers. And we ended up winning Pennsylvania like in a landslide."

LIVE   WASHINGTON                                         CC

TEXT **TRUMP** TO **88022**
Big News
**NEWSMAX**  Start FREE Trial Now: NewsmaxPlus.com  🔊×
2:47 PT  LIVE  ENATORS ON EVE OF INAUGURATION . . .  NYC, PHILLY MAYORS BACK OFF ON SANCT

2:50 PM · 19 Jan 25 · **91.1K** Views

**303** Reposts   **193** Quotes   **890** Likes

⬆ 46K upvotes   💬 Comment   🔗 Copy link

**View 1654 comments**

The claim circulated on multiple platforms, such as **Facebook**, **YouTube**, **X** and **TikTok** (**archived**, **archived**, **archived**). Snopes readers also wrote in to ask us if the video was legitimate.

Yes, Trump said Musk knows vote-counting computers better than anybody | Snopes.com

TikTok **user** said: "Trump just told on himself. He just credited Elon Musk's knowledge of how voting machines work for his victory in Pennsylvania."

---

*Advertisement:*

---



*Advertisement:*

In short, Trump did produce the quote about Musk and vote-counting computers. He said it while on stage at a victory rally in Washington, D.C., on Jan. 19, 2025. His speech was captured via livestream and is **available** on the president's official YouTube channel.

Beginning at **2:31:24**, the full quote reads:

> [Musk] journeyed to Pennsylvania where he spent like a month and a half campaigning for me in Pennsylvania, and he's a popular guy, and he was very effective. And he knows those computers better than anybody, all those computers, those vote counting computers. And we ended up winning Pennsylvania like, in a landslide, so it was pretty good, it was pretty good. So, thank you to Elon.

While the quote and footage are both authentic and not the product of digital editing or **artificial intelligence** (AI) software, there is no evidence he was saying that his win in Pennsylvania was due to Musk's knowledge of vote-counting computers.

Trump did thank Musk after mentioning the billionaire's supposed expertise regarding vote-counting computers; however, the expression of gratitude came after a long passage about Musk, who had spoken on stage just **moments** before the president.

We have contacted Trump's team for a comment on the claim that the quote proves Musk helped rig the election result through his alleged proficiency in vote-counting computers. We will update this article if we receive a response.

Snopes has previously reported on alleged Trump quotes, including a claim that he said "**they rigged the election, and I became president**," and a rumor that he once **called** fallen soldiers "suckers" and "losers."

## Sources

Donald J Trump. "President Trump's Celebratory Victory Rally." *YouTube*, 19 Jan. 2025, www.youtube.com/watch?v=54nc7_ZwwzM. Accessed 26 Mar. 2025.

**By Amelia Clarke**

Amelia Clarke is a journalist from London, England. Before joining Snopes as a reporter, she worked for BBC News as a producer.

## Article Tags

Voting     Elon Musk     Donald Trump     2024 Election

## Recommendations

3/17/26, 5:02 PM
Case 1:25-cv-00329-SPB   Document 44-2   Filed 03/17/26   Page 10 of 10
Yes, Trump said Musk knows vote-counting computers better than anybody | Snopes.com



## Company

About Us

FAQs

Contact Us

Submit a Topic

Submit a Tip

## Navigate

Home

Search

Archive

Newsletters

Random

## Sections

Latest

Top

Fact Checks

News

Game

FactBot

## Account

Membership

Donate

Login

Snopes App

    

© 1995 - 2026 by Snopes, Inc.

This material may not be reproduced without permission.

Snopes and the Snopes.com logo are registered service marks of Snopes.com

Terms & Conditions    Privacy Policy    DMCA Policy