## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| | : | |
| ELECTION TRUTH ALLIANCE, | : | Case No.: 1:25-cv-00329 |
| NICHOLAS BRUNO, EMILY CRAIG- | : | |
| MCCURDY, LAUREN HOFFMAN, | : | |
| KIMBERLY MINARDI, JENNIFER | : | MOTION FOR LEAVE TO FILE |
| REESE, CHRISTOPHER MACK, JOHN | : | SECOND AMENDED COMPLAINT |
| PECZE, and GRACE HOHMAN, | : | |
| | : | |
| Plaintiffs | : | |
| | : | Filed on behalf of: Plaintiffs |
| v. | : | |
| | : | Counsel of Record: |
| AL SCHMIDT, individually and in his | : | |
| official capacity as the SECRETARY OF | : | Timothy D. McNair, Esquire |
| COMMONWEALTH OF PENNSYLVANIA, | : | PA ID No.: 34304 |
| BOARD OF ELECTIONS OF ALLEGHENY | : | tmcnair@mcnairlaw.com |
| COUNTY, BOARD OF ELECTIONS OF | : | |
| CAMBRIA COUNTY, BOARD OF | : | McNair Law Offices, PLLC |
| ELECTIONS OF ERIE COUNTY, | : | 821 State Street |
| | : | Erie, PA 16501 |
| Defendants | : | Phone: (814) 452-0700 |
| | : | Fax: (814) 454-2371 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN,<br><br>Plaintiffs<br><br>v.<br><br>AL SCHMIDT, individually and in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY,<br><br>Defendants | Case No.: 1:25-cv-00329<br><br>MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>*Electronically Filed* |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW COME the Plaintiffs, above named, by counsel, and, pursuant to F.R.Civ. P. 15(a)(2), respectfully moves this Honorable Court for leave to file a Second Amended Complaint, respectfully representing:

1.    After Plaintiffs filed their Complaint, Defendants filed Motions to Dismiss, in response Plaintiffs filed an Amended Complaint.

2

2.      After the filing of the Amended Complaint, Defendants again filed Motions to Dismiss, with more specificity as to some of the factual issues in dispute. Based on the facts raised in the second round of Motions to Dismiss, Plaintiffs determined that they were able to amend their Complaint to meet the allegations of the Motions to Dismiss.

3.      A copy of the proposed Second Amended Complaint is attached hereto as Exhibit 1.

4.      Plaintiffs have addressed the issues regarding this filing in their Brief in Opposition to Defendants' Motions to Dismiss, being filed contemporaneously herewith.

5.      Rule 15(a)(2) provides that a party may file a second amended pleading only with the opposing party's written consent, or upon leave of the court, which "should freely give leave when justice so requires." F.R.Civ.P. 15 (a)(2). District courts enjoy discretion in granting leave to amend, *Foman v. Davis,* 371 U.S. 178, 182 (1962). The Third Circuit has adopted a liberal policy favoring the amendment of pleadings to ensure that claims are resolved on their merits rather than on technicalities. *Dole v. Arco Chem. Co.,* 921 F.2d 484, 487 (3d Cir. 1990); see also *ICU Medical, inc. v. RyMed Technologies, Inc.,* 674 F. Supp. 2d 574, 577 (D. Del. 2009).

6.      Amendment of pleadings ordinarily should be allowed absent a showing of "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment previously allowed, undue prejudice to the opposing party by virtue of the allowance of the amendment, futility of the amendment, etc." *Foman,* 371 U.S. at 182.

7.      In this case, the request for the amendment is not unreasonably delayed, is not futile, and no prejudice will accrue to the opposing parties.

WHEREFORE, Plaintiffs respectfully move this Honorable Court for leave to file the Second Amended Complaint, attached hereto.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _s/ Timothy D. McNair_____
       Timothy D. McNair, Esquire
       Pa. ID# 34304
       821 State Street
       Erie, PA 16501
       (814) 452-0700
       (814) 454-2371 (fax)
       tmcnair@mcnairlaw.com