# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>AL SCHMIDT, individually and in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY,<br><br>　　　　Defendants | Case No.: 1:25-cv-00329<br><br>ORDER |

## ORDER

AND NOW, to-wit this _____ day of _____, 2026, upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint, it is ORDERED that said Motion, shall be, and is hereby GRANTED.

Plaintiffs are given leave to file their Second Amended Complaint attached to their Motion as Exhibit 1 within the next five (5) days.


BY THE COURT:


_____
Susan Paradise Baxter, U.S.D.J.