## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE**, *et al.*, | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN** |
| | : | **PARADISE BAXTER** |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania,** *et* | : | |
| *al,* | : | |
| **Defendants.** | : | |

### SECRETARY SCHMIDT'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF HIS
### MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant, Secretary of the Commonwealth Al Schmidt, by and through his undersigned counsel, hereby moves to for an extension of time to file a reply in support of his Motion to Dismiss Plaintiffs' amended complaint. Amended Compl., Dkt. No. 26; Sec'y Mot. to Dismiss, Dkt. No. 27. Plaintiffs do not object.

On February 9, 2026, Plaintiffs filed an amended complaint. Dkt. No. 26. On February 23, 2026, Defendants Secretary Schmidt and the Allegheny County Board of Elections filed motions to dismiss the amended complaint. Sec'y Mot. to Dismiss, Dkt. No. 27; Allegheny Mot. to Dismiss, Dkt. No. 29. The other two Defendants—Cambria County Board of Elections and Erie County Board of Elections—joined Secretary Schmidt's motion to dismiss. Cambria Partial Joinder, Dkt. No. 32; Erie Joinder, Dkt. No. 39. On March 17, 2026, Plaintiffs filed an opposition to the pending motions to dismiss the amended complaint. Pl. Opposition, Dkt. No.

44. Pursuant to this Court's chamber rules, reply briefs in support of the pending motions to dismiss are permitted without leave of Court and are due within five calendar days of the filing of the opposition, i.e. this coming Monday, March 23, 2026.[1]

Also on March 17, 2026, Plaintiffs filed a motion for leave to file their proposed second amended complaint. Mot. to File, Dkt. No. 45. On March 18, 2026, this Court ordered Defendants to file any response to Plaintiffs' motion for leave by March 30, 2026.

If this Court grants Plaintiffs leave to amend their complaint a second time, the Secretary's pending motion to dismiss the (first) amended complaint will be rendered moot. Accordingly, Secretary Schmidt moves for an extension of time to file a reply in support of his motion to dismiss, Dkt. No. 27, until such time as this Court rules on Plaintiffs' motion for leave to file a second amended complaint, to which the Secretary will respond by March 30, 2026, per this Court's order. If the Court grants the motion for leave, then the Secretary's pending motion to dismiss will be moot, and there will be no need for him to file a reply in support of that motion. If the Court denies the motion for leave, then Secretary Schmidt respectfully requests five days from the date of the denial to file a reply in support of his pending motion to dismiss the amended complaint.

Respectfully submitted,

Date:  March 19, 2026

/s/ Michelle Rupp
Kathleen A. Mullen (Pa. 84604)
Executive Deputy Chief Counsel
Michelle Rupp (Pa. 337463)
Assistant Counsel
Pennsylvania Department of State
306 North Office Building

---

[1] "Practices and Procedures of District Judge Susan Paradise Baxter, Effective December 1, 2018," at 4, *available at* https://www.pawd.uscourts.gov/sites/pawd/files/Baxter_PP_2019.pdf.

Harrisburg, PA 17120
Tel: 717-783-0736
Fax: 717-214-9899
Email: kamullen@pa.gov
        mirupp@pa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I caused the foregoing documents to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.


*/s/ Michelle Rupp*
Michelle Rupp