# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE,** *et al.,* | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN** |
| | : | **PARADISE BAXTER** |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania,** *et* | : | |
| *al,* | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2026, upon consideration of Secretary Schmidt's Motion for an extension of time, it is hereby ORDERED that said Motion is Granted. If this Court denies Plaintiffs' motion for leave to file a second amended complaint, Dkt. No. 45, then Secretary Schmidt's reply in support of his motion to dismiss, Dkt. No. 27, shall be due five days from the date the Order denying leave is entered.

_____
**HONORABLE SUSAN PARADISE BAXTER**
**United States District Judge**