IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,       Civil Action

       Plaintiff,       No. 1:25-cv-000329

     v.

AL SCHMIDT, in his official capacity as the
SECRETARY OF COMMONWEALTH OF
PENNSYLVANIA

       Defendants.

**DEFENDANT ALLEGHENY COUNTY BOARD OF ELECTION'S JOINDER IN SECRETARY SCHMIDT'S REQUEST FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT**

The Allegheny County Board of Elections by its undersigned counsel, Assistant County Solicitor Lisa G. Michel, hereby files this Motion for Extension of Time and Joins with the Secretary of the Commonwealth Al Schmidt's Motion for Extension of Time Opposition. Counsel for all parties have consented to the within request.

As set at length forth in Defendant Secretary Schmidt's Motion, Plaintiff's have requested leave to file a Second Amended Complaint, and the Court has directed Defendants to file their response on or before March 30, 2026. Reply briefs in support of the pending motions to dismiss are due, currently, on March 23, 2026.

For the reasons set forth in Defendant Schmidt's parallel Motion, which Allegheny County Board of Elections joins, Allegheny County Board of Elections requests an extension to file its reply brief.

Respectfully submitted,

*/s/ Lisa G. Michel*
Lisa G. Michel
Assistant County Solicitor
Pa. I.D. #59997

ALLEGHENY COUNTY LAW DEPARTMENT
445 Fort Pitt Boulevard, #300
Pittsburgh, PA 15219
(412) 350-1167
Lisa.Michel@alleghenycounty.us