IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, et al, | Civil Action |
| Plaintiff, | No. 1:25-cv-000329 |
| v. | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA | |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of Allegheny County Board of Elections  Motion for an extension of time, it is hereby ORDERED that said Motion is Granted. If this Court denies Plaintiffs' motion for leave to file a second amended complaint, Dkt. No. 45, then the Allegheny County Board's reply in support of its motion to dismiss,  Dkt. No. 29  shall be due five days from the date the Order denying leave is entered.

_____
**HONORABLE SUSAN PARADISE BAXTER**
**United States District Judge**