IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,　　　:
　　　Plaintiffs　　　　　　　　　　　　:　　　Civil Action No. 1:25-CV-329
　　　　　　　　　　　　　　　　　　　:
　vs.　　　　　　　　　　　　　　　　:　　　Honorable Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　:
AL SCHMIDT, et al,　　　　　　　　　:
　　　Defendants　　　　　　　　　　　:

JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS,
TO SECRETARY SCHMIDT'S REQUEST FOR EXTENSION OF TIME TO
FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO
DISMISS AMENDED COMPLAINT

AND NOW, this ___23___ day of March, 2026, comes the Defendant, Erie County

Board of Elections, by and through its counsel, and hereby files this Motion for Extension

of Time and joins in the Secretary of the Commonwealth Al Schmidt's Motion for

Extension of Time Opposition.  Counsel for all parties have consented to the within request.

As set forth at length in Defendant Secretary Schmidt's Motion, Plaintiffs have

requested leave to file a Second Amended Complaint, and the Court has directed

Defendants to file their response on or before March 30, 2026.  Reply Briefs in support of

the pending motions to dismiss are due, currently, on March 23, 2026.

For the reasons set forth in Defendant Schmidt's parallel Motion, which the Erie

County Board of Elections joins, the Erie County Board of Elections requests an extension

to file its reply Brief.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Attorney for Defendant, Erie County
Board of Elections
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(814)459-4472

Date:  3-23-2026

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,  :
    Plaintiffs  :      Civil Action No. 1:25-CV-329
    :
vs.  :      Honorable Susan Paradise Baxter
    :
AL SCHMIDT, et al,  :
    Defendants  :

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of

Erie County Board of Elections Motion for an extension of time, it is hereby ORDERED

that said Motion is Granted.  If this Court denies Plaintiffs' motion for leave to file a second

amended complaint, Dkt. No. 45, then the Erie County Board's reply in support of its

motion to dismiss, Dkt. No. 19, shall be due five days from the date the Order denying

leave is entered.

 

 

_____
HONORABLE SUSAN PARADISE BAXTER
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on March 23, 2026 via the Court's CM/ECF system or the United States Post Office, first class mail.

By_____
Thomas S. Talarico, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,          :
    Plaintiffs                               :          Civil Action No. 1:25-CV-329
                                             :
vs.                                      :          Honorable Susan Paradise Baxter
                                             :
AL SCHMIDT, et al,                       :
    Defendants                               :

CERTIFICATE OF CONFERRAL

Pursuant to this Court's Practices and Procedures, I certify that I have conferred in good faith with counsel for all parties, and all have consented to the motion for extension of time.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Attorney for Defendant, Erie County
Board of Elections
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(814)459-4472