IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,          Civil Action

        Plaintiff,                      No. 1:25-cv-000329

     v.

AL SCHMIDT, in his official capacity as the
SECRETARY OF COMMONWEALTH OF
PENNSYLVANIA

        Defendants.

**AMENDED ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of Allegheny County Board of Elections  Motion for an extension of time, it is hereby ORDERED that said Motion is Granted.  As with the Order entered  at Dkt. No.. 48 with regard to Secretary Schmidt's Motion for Extension of time, Allegheny County Board's reply in support of its motion to dismiss,  Dkt. No. 29  shall be due March 30, 2026.

_____
**HONORABLE SUSAN PARADISE BAXTER**
**United States District Judge**