**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,** | : | **ELECTRONICALLY FILED** |
| *Plaintiffs,* | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN PARADISE BAXTER** |
| | : | |
| **AL SCHMIDT, in his official capacity** | : | |
| **as Secretary of Commonwealth of** | : | |
| **Pennsylvania, *et al.*,** | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**BOARD OF ELECTIONS OF CAMBRIA COUNTY'S JOINDER IN
SECRETARY SCHMIDT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY BRIEF IN SUPPORT OF HIS
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant Board of Election of Cambria County by and through its undersigned counsel, hereby files this Joinder with the Secretary of the Commonwealth Al Schmidt's Unopposed Motion for Extension of Time to File a Reply Brief in Support of His Motion to Dismiss Plaintiffs' Amended Complaint.

WHEREFORE, the Defendant Board of Election of Cambria County respectfully requests that this Court grant an extension of time to file its reply brief until after such time as the Court has issued an Order regarding whether it will permit Plaintiffs leave to file a Second Amended Complaint.

Date: March 23, 2026

Respectfully submitted

*/s/ Kathleen A. Gallagher*
The Gallagher Firm, LLC
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
412-308-5512 (Phone)
*Counsel for Defendant,*
*Board of Election of Cambria County*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Kathleen A. Gallagher*
Kathleen A. Gallagher