**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,** | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN PARADISE** |
| | : | **BAXTER** |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania, et** | : | |
| **al.,** | : | |
| **Defendants.** | : | |

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I caused the foregoing document to be filed with

the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF

system, which will provide electronic notice to all counsel and parties of record.

*/s/ Lisa G. Michel*

Lisa G. Michel
Assistant County Solicitor
Pa. I.D. #59997

Allegheny County Law Department
445 Fort Pitt Boulevard, #300
Pittsburgh, PA 15219
(412) 350-1167

Lisa.Michel@alleghenycounty.us