# EXHIBIT

# 4



Case 1:25-cv-00329-SPB    Document 56-4    Filed 03/30/26    Page 3 of 4

PA Voting System Vendor Map



data.pa.gov  Esri  TomTom  Garmin  FAO  NOAA  USGS  EPA  NPS  USFWS          Powered by Esri

