**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE,** *et al.,* | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN PARADISE** |
| | : | **BAXTER** |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania,** *et* | : | |
| *al,* | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of

Plaintiffs' Motion for Leave to File Second Amended Complaint, it is hereby ORDERED that said

Motion is DENIED as futile.

_____
**HONORABLE SUSAN PARADISE BAXTER**
**United States District Judge**