**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE,** *et al.,* | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN PARADISE** |
| | : | **BAXTER** |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania,** *et* | : | |
| *al,* | : | |
| **Defendants.** | : | |

**BOARD OF ELECTIONS OF CAMBRIA COUNTY'S
JOINDER IN ALLEGHENY COUNTY'S REPLY
BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant Board of Election of Cambria County ("Cambria County") by and through its undersigned counsel, hereby files this Joinder to Allegheny County's Reply Brief in Support of Motion to Dismiss [ECF 54].

Accordingly, Cambria County requests that Plaintiffs' Amended Complaint be dismissed in its entirety.

Respectfully submitted,

Date: March 30, 2026

*/s/ Kathleen A. Gallagher*
The Gallagher Firm, LLC
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
412-308-5512 (Phone)
*Counsel for Defendant,
Board of Election of Cambria County*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.


/s/ Kathleen A. Gallagher
Kathleen A. Gallagher