**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ELECTION TRUTH ALLIANCE,** *et al.,* : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** : | **CIVIL NO. 1:25-cv-00329** |
| : | |
| **v.** : | **HONORABLE SUSAN PARADISE** |
| : | **BAXTER** |
| **AL SCHMIDT,** in his official capacity as : | |
| **Secretary of Commonwealth of Pennsylvania,** *et* : | |
| *al,* : | |
| **Defendants.** : | |

**BOARD OF ELECTIONS OF CAMBRIA COUNTY'S**
**JOINDER IN SECRETARY SCHMIDT'S REPLY**
**BRIEF IN SUPPORT OF HIS MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant Board of Election of Cambria County ("Cambria County") by and through its undersigned counsel, hereby files this Joinder to Secretary Schmidt's Reply Brief in Support of His Motion to Dismiss the Amended Complaint [ECF 55].

Accordingly, Cambria County requests that Plaintiffs' Amended Complaint be dismissed in its entirety.

Respectfully submitted,

Date: March 30, 2026

/s/ *Kathleen A. Gallagher*
The Gallagher Firm, LLC
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
412-308-5512 (Phone)
*Counsel for Defendant,*
*Board of Election of Cambria County*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Kathleen A. Gallagher*
Kathleen A. Gallagher
