IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,  :
    Plaintiffs  :  Civil Action No. 1:25-CV-329
      :
vs.  :  Honorable Susan Paradise Baxter
      :
AL SCHMIDT, et al,  :
    Defendants  :

**JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS,
TO DEFENDANT, ALLEGHENY COUNTY BOARD OF ELECTIONS' REPLY
BRIEF IN SUPPORT OF MOTION TO DISMISS**

AND NOW, this 3 0 day of March, 2026, comes the Defendant, Erie County

Board of Elections, by and through its counsel, and hereby and joins in the Allegheny

County Board of Elections' Reply Brief in Support of Motion to Dismiss (ECF 54).

Accordingly, Erie County requests that Plaintiffs' Amended Complaint be

dismissed in its entirety.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Attorney for Defendant, Erie County
Board of Elections
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(814)459-4472

Date: 3-30-26

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on March 3*1*, 2026 via the Court's CM/ECF system.

By _____
Thomas S. Talarico, Esquire