IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,  :
    Plaintiffs  :    Civil Action No. 1:25-CV-329
      :
vs.  :    Honorable Susan Paradise Baxter
      :
AL SCHMIDT, et al,  :
    Defendants  :

JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS,
TO DEFENDANT, SECRETARY SCHMIDT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO AMEND

AND NOW, this 3ʊ day of March, 2026, comes the Defendant, Erie County

Board of Elections, by and through its counsel, and hereby and joins in the Secretary

Schmidt's Opposition to Plaintiffs' Motion for Leave to Amend (ECF 56).

Accordingly, Erie County requests that Plaintiffs' Amended Complaint be

dismissed in its entirety.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Attorney for Defendant, Erie County
Board of Elections
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(814)459-4472

Date: 3-30-26

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

Joinder was filed and served on March 30, 2026 via the Court's CM/ECF system.

By_____
Thomas S. Talarico, Esquire