IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,      :
    Plaintiffs      :      Civil Action No. 1:25-CV-329
                        :
vs.      :      Honorable Susan Paradise Baxter
                        :
AL SCHMIDT, et al,      :
    Defendants      :

## JOINDER OF THE DEFENDANT, ERIE COUNTY BOARD OF ELECTIONS, TO DEFENDANT, ALLEGHENY COUNTY BOARD OF ELECTIONS' RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

AND NOW, this 3 0 day of March, 2026, comes the Defendant, Erie County Board of Elections, by and through its counsel, and hereby and joins in the Allegheny County Board of Elections' Response in Opposition to Motion for Leave to File Second Amended Complaint.  (ECF 57)

Accordingly, Erie County requests that Plaintiffs' Amended Complaint be denied.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
    Thomas S. Talarico, Esquire
    Attorney for Defendant, Erie County
    Board of Elections
    Pa.  I.D. No.  36256
    230 West 6th Street, Suite 202
    Erie, PA 16507
    (814)459-4472

Date: 3-30-26

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on March 30, 2026 via the Court's CM/ECF system or the United States Post Office, first class mail.

By _____
Thomas S. Talarico, Esquire