IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELECTION TRUTH ALLIANCE, et al,  )
    Plaintiffs,  )      Civil Action No. 1:25-CV-329
                                        )
           v.  )
                                          )
AL SCHMIDT,  )
Secretary of the Commonwealth, et al,  )
    Defendants.  )

ORDER

AND NOW, this 22nd day of May 2026,

IT IS HEREBY ORDERED that, given the Plaintiffs' filing of a first amended complaint as of right after Defendants originally moved to dismiss, Defendants' motions to dismiss the original complaint [ECF No. 14 and 18] and Erie County Board of Elections' motions for joinder in the motions to dismiss [ECF No. 19 and 20] are denied as moot.

s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1