**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|       v. | ) | Civil Action No. 1:25-CV-329 |
| | ) | |
| AL SCHMIDT, | ) | |
| Secretary of the Commonwealth, et al., | ) | |
|     Defendants. | ) | |

**O R D E R**

AND NOW, this 12th day of June 2026:

For the reasons outlined in the Memorandum Opinion filed this date,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File the Second Amended Complaint [ECF No. 45] is denied as futile. The proposed Second Amended Complaint fails to cure the standing deficiencies that require dismissal of the First Amended Complaint and would not survive a motion to dismiss if permitted.

IT IS FURTHER ORDERED that Defendants' Motions to Dismiss the First Amended Complaint [ECF No. 27, 29] are granted. The First Amended Complaint is dismissed as follows:

- All retrospective requests for relief, including any claim seeking to disturb, recount, or audit the certified results of the November 5, 2024 General Election, or to obtain a judicial determination of the accuracy of reported vote totals in that election, are dismissed with prejudice.

- All prospective injunctive claims in the First Amended Complaint will be dismissed without prejudice.

IT IS FURTHER ORDERED that any amended pleading asserting prospective claims shall be filed within thirty (30) days of the entry of this Order and must: (a) plead with factual specificity the concrete, particularized injury-in-fact that each named Plaintiff faces in connection with future elections, including non-conclusory factual allegations establishing that each Plaintiff intends to vote in an identified further election in the same county using the same or comparable equipment and that a credible, non-speculative threat of recurrence of the alleged (historical) inaccuracies exists and (b) plead with specificity the causal connection between each named Defendant's particular conduct and the alleged threat of further injury, without reliance on the independent acts of unnamed third-party vendors as the primary link in the causal chain. Failure to file a timely and adequate amended pleading as to the prospective claims shall result in the dismissal of those claims with prejudice.

IT IS FURTHER ORDERED that all state-law claims arising under the Pennsylvania Election Code will be dismissed without prejudice to their assertion in the appropriate state forum.

Finally, because Plaintiffs' Motion for Leave to File a Second Amended Complaint is denied and because the pending Motions to Dismiss are granted, IT IS HEREBY ORDERED that the motions for leave to file a brief amicus curiae [ECF No. 34] and for leave to brief amicus to file a reply brief [ECF No. 41] are denied as moot.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge