**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN, <br><br> Plaintiffs <br><br> v. <br><br> AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY, <br><br> Defendants | : <br> : <br> : Case No.: 1:25-cv-00329 <br> : <br> : <br> : MOTION FOR ENLARGEMENT OF <br> : TIME WITHIN WHICH TO FILE <br> : AMENDED COMPLAINT <br> : <br> : <br> : Filed on behalf of: Plaintiffs <br> : <br> : Counsel of Record: <br> : <br> : Timothy D. McNair, Esquire <br> : PA ID No.: 34304 <br> : tmcnair@mcnairlaw.com <br> : <br> : McNair Law Offices, PLLC <br> : 821 State Street <br> : Erie, PA 16501 <br> : Phone: (814) 452-0700 <br> : Fax: (814) 454-2371 <br> : <br> : <br> : <br> : <br> : |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| ELECTION TRUTH ALLIANCE, | : | Case No.: 1:25-cv-00329 |
| NICHOLAS BRUNO, EMILY CRAIG- | : | |
| MCCURDY, LAUREN HOFFMAN, | : | |
| KIMBERLY MINARDI, JENNIFER | : | |
| REESE, CHRISTOPHER MACK, JOHN | : | |
| PECZE, and GRACE HOHMAN, | : | |
| | : | *Electronically Filed* |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| AL SCHMIDT, in his official capacity as the | : | |
| SECRETARY OF COMMONWEALTH OF | : | |
| PENNSYLVANIA, BOARD OF | : | |
| ELECTIONS OF ALLEGHENY COUNTY, | : | |
| BOARD OF ELECTIONS OF CAMBRIA | : | |
| COUNTY, BOARD OF ELECTIONS OF | : | |
| ERIE COUNTY, | : | |
| | : | |
| Defendants | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE AMENDED
COMPLAINT**

NOW COME the Plaintiffs, Election Truth Alliance, et al., by counsel, McNair

Law Offices, PLLC, and respectfully moves this Honorable Court for an enlargement of

time within which to file the Amended Complaint as ordered by this Court on June 12,

2026, respectfully representing:

1.      This is a case seeking declaratory and prospective injunctive relief

regarding the conduct of elections in Allegheny County, Pennsylvania, Erie County,

2

Pennsylvania, and Cambria County, Pennsylvania. Plaintiffs are seeking prospective injunctive relief to prevent the nullification of their votes in upcoming elections.

2. Plaintiffs filed their Complaint on November 6, 2025. After service of the Complaint by summons, Plaintiffs stipulated to extensions of time for Answer by Defendant Al Schmidt (Doc. 11). On January 5, 2026, Defendant Al Schmidt filed a Motion to Dismiss for Failure to State a Claim. On that day, the Defendant Board of Elections of Allegheny County filed a Motion to Dismiss. The Motions of Allegheny County and Al Schmidt were joined by Erie County and Cambria County. Thereafter, on February 9, 2026, Plaintiffs filed their Amended Complaint.

3. On February 23, 2026, Defendants Al Schmidt and Allegheny County Board of Elections filed Motions to Dismiss for Failure to State a Claim.

4. On March 17, 2026, Plaintiffs filed their Opposition to the Motions to Dismiss and a Motion for Leave to File an Amended Complaint.

5. On March 30, 2026, Defendants Al Schmidt and Allegheny filed responses to Plaintiffs' Motion for Leave to File Amended Complaint, which were joined by the Board of Elections of Cambria County and Erie County.

6. On June 12, 2026, This Honorable Court entered an Order granting Defendants' Motions to Dismiss the First Amended Complaint and denying Plaintiffs' Leave to File the proposed Second Amended Complaint, giving Plaintiffs 30 days to file an amended pleading in compliance with the Memorandum and Order entered that day.

7. The Memorandum, focusing on standing issues, will require extensive analysis of evidence and will require acquisition of additional evidence, including the cast votes records ("CVR") maintained by Allegheny, Erie, and Cambria Counties. Since

the Court has ordered an examination of the errors in voting in each of the Plaintiffs' precincts, it will be necessary to separately analyze each precinct. Although the majority of this work has been done, collation and presentation will necessarily require additional time.

8.    It is Plaintiffs' desire that the Amended Complaint filed pursuant to this Court's Order of June 12 be the final rendering of the complaint. Therefore, Plaintiffs wish to be able to state their claims with the degree of particularity demanded by the Court.

9.    In light of the task set out, Plaintiffs are requesting an additional thirty days from the expiration of the Court's deadline, until August 11, 2026 within which to file an amended pleading in compliance with this Court's Memorandum and Order of June 12th.

10.    Defendants, after consultation, have agreed not to oppose this motion as long as they are granted until September 14, 2026, to file an answer, move, or otherwise respond to the amended pleading..

WHEREFORE, Plaintiffs respectfully move this Honorable Court for enlargement

of the time by thirty days within which to file their Amended Complaint pursuant to this Court's Order of June 12th.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By:   *s/ Timothy D. McNair*
        Timothy D. McNair, Esquire
        Pa. ID# 34304
        821 State Street
        Erie, PA 16501
        (814) 452-0700
        (814) 454-2371 (fax)
        tmcnair@mcnairlaw.com