**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN, | : : : : : : : : | Case No.: 1:25-cv-00329 |
| Plaintiffs | : : | |
| v. | : : | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY, | : : : : : : : : | |
| Defendants | : : : | |

## <u>ORDER</u>

NOW, to-with this _____ day of June, 2026, upon consideration of Plaintiffs'

Motion for Enlargement of Time within which to file Amended Complaint pursuant to

this Court's Order of June 12, 2026, it is ORDERED that said Motion shall be, and is

hereby GRANTED.

Plaintiffs are granted an additional thirty (30) days, until August 11, 2026 within

which to file an Amended Complaint pursuant to this Court's Order of June 12, 2026.

Defendants shall to file an answer, move, or otherwise respond to the amended pleading on or before September 14, 2026.

BY THE COURT,

_____

Susan Paradise Baxter, USDJ