**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN, | Case No.: 1:25-cv-00329 |
| Plaintiffs | Praecipe to Issue Summons |
| v. | Filed on behalf of: Plaintiffs |
| AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; and JOHN DOE,    Defendants | Counsel of Record: Timothy D. McNair, Esquire PA ID No.: 34304 tmcnair@mcnairlaw.com McNair Law Offices, PLLC 821 State Street Erie, PA 16501 Phone: (814) 452-0700 Fax: (814) 454-2371 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | : |
| | : |
| | : |
| ELECTION TRUTH ALLIANCE, | : Case No.: 1:25-cv-00329 |
| JENNIFER REESE, CHRISTOPHER | : |
| MACK, and GRACE HOHMAN, | : |
| | : THIRD AMENDED COMPLAINT |
| Plaintiffs | : |
| | : |
| v. | : |
| | : *Electronically Filed* |
| | : |
| AL SCHMIDT, in his official capacity as | : |
| Secretary of the Commonwealth of | : |
| Pennsylvania; BOARD OF ELECTIONS OF | : |
| CAMBRIA COUNTY; ELECTION | : |
| SYSTEMS & SOFTWARE, LLC; and JOHN | : |
| DOE, | : |
| Defendants | : |
| | : |

## PRAECIPE TO ISSUE SUMMONS

NOW COME the Plaintiffs, Election Truth Alliance, Jennifer Reese, Christopher

Mack, and Grace Hohman, by counsel, and request the Clerk to issue a summons in the

above action to:

ELECTION SYSTEMS AND SOFTWARE, LLC
11208 John Galt Blvd.
Omaha, NE 68137

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: __*s/ Timothy D. McNair*_____
Timothy D. McNair, Esquire
Pa. ID# 34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

2