# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Pennsylvania

Case Number: 1:25-CV-00329

Plaintiff:
**Election Truth Alliance, et al.**

vs.

Defendant:
**Election Systems and Software, LLC**

For:
McNair Law Offices, PLLC
821 State St
Erie, PA 16501-1316

Received by Action Legal Process to be served on **Election Systems and Software, LLC, 11208 John Galt Blvd., Omaha, NE 68137**.

I, Christopher Gabry, being duly sworn, depose and say that on the **14th day of August, 2026** at **2:25 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons; Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Makenda Waldulsky** as **law clerk assistant** for **Election Systems and Software, LLC**, at the address of: **11208 John Galt Blvd., Election Systems and Software, LLC, Omaha, NE 68137**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 34, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 145, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 21 and have no interest in the above action.

Subscribed and Sworn to before me on the 18th day of August, 2026 by the affiant who is personally known to me by presenting photo identification.

[signature]
NOTARY PUBLIC

STATE OF Nebraska

COUNTY OF Douglas

General Notary - State of Nebraska
MIA LIVINGSTON-EDWARDS
My Comm. Exp. Aug. 8, 2029

[signature]
Christopher Gabry

**Action Legal Process**
**7170 N Broadway St., #28833**
**Kansas City, MO 64118**
**(888) 511-1919**

Our Job Serial Number: RTI-2026040255
Ref: 16-25

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0g