**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN,<br><br>Plaintiffs<br><br>v.<br><br>AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY,<br><br>Defendants | Case No.: 1:25-cv-00329<br><br>**MOTION FOR LEAVE TO AMEND 3RD AMENDED COMPLAINT** |

**MOTION FOR LEAVE TO AMEND THIRD AMENDED COMPLAINT**

Now come the Plaintiffs, by and through undersigned Counsel, and Pursuant to F. R. Civ. P. 15 respectfully move this honorable Court for leave to further amend their 3rd Amended Complaint, respectfully representing:

1. On August 10, 2026, Plaintiffs filed their 3rd Amended Complaint pursuant to this Court's order of June 12, 2026.
2. In their 3rd Amended Complaint, Plaintiffs pleaded that Cambria County used ES&S EVS 6.3.0.0 software, which led to the inaccuracy in the vote count and

the failure to count Plaintiffs' ballots. In fact, it now appears that Cambria used[1] ES&S EVS software version 6.1.1.0.

3. The allegations in the 3rd Amended Complaint were based on Cambria's joinder in the Motion to Dismiss the Amended Complaint filed by Allegheny County, which alleged the use of version 6.3.0.0. Cambria did not distinguish this and had not, until after the filing of the 3rd Amended Complaint, disclosed that it in fact used ES&S EVS version 6.1.1.0 software.

4. On August 17, 2026, Counsel for Defendant Cambria first advised Plaintiffs of the use of version 6.1.1.0 and, for the first time, provided evidence supporting that assertion[i]. Cambria did not explain why this was not pointed out when they joined in Alleghany County's Motion to Dismiss based on the use of version 6.3.0.0.

5. Immediately after being informed of this, Plaintiffs further investigated the ES&S EVS 6 family of software and found that the same problems pervade all versions of the EVS 6 family, including hash verification failures and other defects set forth in the attached Amended Complaint.

6. No prejudice will accrue to Defendant Cambria by permitting the amendment, especially since Cambria bears some portion of the responsibility for the error.

WHEREFORE, Plaintiffs respectfully move that they be permitted to file the proposed 4th Amended Complaint, a copy of which is attached hereto, the only

[1] The voting system was the subject of numerous Right to Konow Law Requests during the investigation of this case, and never satisfactorily responded to requests for documents regarding the certification of the voting equipment. According to the metadata provided with the certificate copy, the copy of the certification emailed to Plaintiff's counsel was created that day from a scan of the document.

difference being the substitution of “ES&S EVS 6 family” instead of “ES&S EVS 6.3.0.0.”

Respectfully submitted,

Timothy D. McNair, Esq.
Pa. ID#34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371
tmcnair@mcnairlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served upon all counsel of record in this matter on this 1st day of September, 2026, via electronic mail or via this Court's electronic service system.

Timothy D. McNair, Esq.
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN, | : | Case No.: 1:25-cv-00329 |
| Plaintiffs | : | |
| v. | : | **ORDER** |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY, | : | |
| Defendants | : | |

Upon consideration of Plaintiffs' Motion for Leave to Amend 3rd Amended Complaint, and it appearing to the Court that no prejudice will accrue to any party by permitting the amendment, and that the error was contributed to by Cambria's inaccurate joinder in Alleghany County's prior Motion to Dismiss, it is **ORDERED** that said Motion shall be, and is hereby **GRANTED**.

Plaintiffs are given leave to file the proposed 4th Amended Complaint as attached to their Motion.

By: ______________________________
Susan Paradise Baxter

i