**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, NICHOLAS BRUNO, EMILY CRAIG-MCCURDY, LAUREN HOFFMAN, KIMBERLY MINARDI, JENNIFER REESE, CHRISTOPHER MACK, JOHN PECZE, and GRACE HOHMAN, Plaintiffs | : | Case No.: 1:25-cv-00329 |
| | : | *Electronically Filed* |
| v. | : | |
| AL SCHMIDT, in his official capacity as the SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, BOARD OF ELECTIONS OF ALLEGHENY COUNTY, BOARD OF ELECTIONS OF CAMBRIA COUNTY, BOARD OF ELECTIONS OF ERIE COUNTY, | : | |
| Defendants | : | |

**CERTIFICATE OF CONFERRAL**

This Motion and Brief are being filed without a formal conferral conference. Both Defendants have represented that they will oppose this Motion; a conferral conference would have been futile and would have delayed this filing to the prejudice of the parties.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: *s/ Timothy D. McNair*

Timothy D. McNair, Esquire
Pa. ID# 34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com