**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN, | : | |
| Plaintiffs, | : | |
| | : | Case No. 1:25-cv-00329-SPB |
| v. | : | |
| AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; and JOHN DOE, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, to wit this _______ day of September, 2026, upon consideration of the Motion for Leave to Amend Third Amended Complaint, Brief in support, and the proposed Amended Complaint, it is ORDERED that said motion shall be, and is hereby GRANTED.

Plaintiffs are hereby given leave to file the proposed Fourth Amended Complaint.

BY THE COURT:

_______________________________
Susan Paradise Baxther, U.S.D.J.