**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN | ) Civil Action No. 1:25-cv-00329 |
| vs. | ) |
| AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; and JOHN DOE | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF** KENDRA M. VOSLER

Kendra M. Vosler, undersigned counsel for Defendant Election Systems & Software, LLC, hereby moves that Kendra M. Vosler be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Election Systems & Software, LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Kendra M. Vosler filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: 9/2/26

Respectfully submitted,

[signature]

Kendra M. Vosler (Neb. Bar. No. 27686)
KOLEY JESSEN P.C., L.L.O.
1125 S. 103rd St., Ste. 800
Omaha, NE 68124
(402) 390-9500
(402) 390-9005 (facsimile)
Kendra.Vosler@koleyjessen.com
*Counsel for Defendant Election Systems & Software, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN<br>vs.<br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; and JOHN DOE | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-00329 |

**AFFIDAVIT OF KENDRA M. VOSLER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kendra M. Vosler, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Election Systems & Software, LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Kendra M. Vosler, being duly sworn, do hereby depose and say as follows:

1. I am a Lawyer of the law firm Koley Jessen P.C., L.L.O.

2. My business address is 1125 S. 103rd St., Ste. 800, Omaha, NE 68124.

3. I am a member in good standing of the bars of the State of Nebraska, the United States District Court for the Districts of Nebraska and the Central District of Illinois, and the United States Court of Appeals for the Eighth Circuit.

4. My Nebraska bar identification number is 27686.

5. A current certificate of good standing from the State of Nebraska is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 9/2/26

Kendra M. Vosler

General Notary - State of Nebraska
DELANEY COFFELT
My Comm. Exp. Sept. 25, 2028.

9/2/2026

Delaney Coffelt