**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN,<br>Plaintiffs,<br>v.<br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; AND JOHN DOE,<br>Defendants. | ELECTRONICALLY FILED<br>CIVIL NO.: 1:25-cv-00329<br><br>**HONORABLE SUSAN PARADISE BAXTER** |

**DEFENDANT ELECTION SYSTEMS & SOFTWARE'S MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' THIRD AMENDED COMPLAINT**

COMES NOW Defendant Election Systems & Software, LLC ("ES&S") by and through its counsel of record, and for the reasons below, and for those that will be more fully set forth in the brief submitted contemporaneously herewith, moves this Court to dismiss Plaintiffs' complaint (the "Complaint") with prejudice. In support of this motion, ES&S states as follows:

1. This court lacks subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1) because Plaintiffs Election Truth Alliance ("ETA"), Jennifer Reese ("Reese"), Christopher Mack ("Mack"), and Grace Hohman's ("Hohman," collectively, "Plaintiffs") claims are non-justiciable because Plaintiffs do not have standing to bring their purported claims because they allege only a general interest common to the public and not an injury in fact.

2. Plaintiffs' claims present non-justiciable political questions because

they seem to imply that the Court should determine the method and manner in which elections are conducted in Pennsylvania, which duty has been expressly allocated to the Pennsylvania Legislature; and

3. Plaintiffs have failed to state any plausible claim for relief against ES&S under Fed. R. Civ. P. 12(b)(6). All of Plaintiffs' allegations of violations of 42 U.S.C. § 1983 by ES&S are misplaced because ES&S is a private entity which is not "effectively" being used to "avoid a constitutional obligation."

WHEREFORE, Defendant Election Systems & Software, LLC (ES&S) respectfully requests that this Court dismiss with prejudice Plaintiffs' Third Amended Complaint as against ES&S, dismiss ES&S as a defendant with prejudice, and grant ES&S such other and different relief as the Court deems appropriate.

Dated this 4th day of September 2026.

Respectfully submitted,

By: */s/John Matson*

John V. Matson. (Neb. Bar #25278)
Kendra M. Vosler (Neb. Bar #27686)
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
John.Matson@koleyjessen.com
Kendra.Vosler@koleyjessen.com

*Attorneys for Defendant Election Systems & Software, LLC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of September, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to all CM/ECF participants.

*/s/ John Matson*
John V. Matson