**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN,<br>Plaintiffs,<br>v.<br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; AND JOHN DOE,<br>Defendants. | ELECTRONICALLY FILED<br>CIVIL NO.: 1:25-cv-00329<br><br>**HONORABLE SUSAN PARADISE BAXTER** |

**PROPOSED ORDER**

AND NOW this ___ day of _______________, 2026, upon consideration of Defendant Election Systems & Software, LLC's Motion to Dismiss and its Brief in Support thereof and the Response filed by Plaintiffs Election Truth Alliance, Jennifer Reese, Christopher Mack, and Grace Hohman, it is hereby ORDERED that said Motion is GRANTED, and the Third Amended Complaint (ECF No. 71) against Election Systems & Software, LLC is dismissed in its entirety, with prejudice; for avoidance of doubt, Election Systems & Software, LLC is dismissed as a party with prejudice.

BY THE COURT:

_______________________________
Honorable Susan Paradie Baxter
United States District Judge