**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN,<br>Plaintiffs,<br>v.<br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; AND JOHN DOE,<br>Defendants. | ELECTRONICALLY FILED<br>CIVIL NO.: 1:25-cv-00329<br><br>**HONORABLE SUSAN PARADISE BAXTER** |

**PROPOSED ORDER**

AND NOW this ___ day of _______________, 2026, upon consideration of John V. Matson's Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that said Motion is GRANTED, and that John V. Matson is hereby granted permission to appear in the above-captioned matter as counsel pro hac vice for Defendant Election Systems & Software, LLC.

BY THE COURT:

_______________________________
Honorable Susan Paradie Baxter
United States District Judge