**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN,

Plaintiffs,

v.

AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; AND JOHN DOE,

Defendants.

ELECTRONICALLY FILED
CIVIL NO.: 1:25-cv-00329

**HONORABLE SUSAN PARADISE BAXTER**

## CERTIFICATE OF CONFERRAL

On September 4, 2026, at approximately 11:15 a.m. CDT, Kendra M. Vosler appearing for the Defendant Election Systems & Software, LLC, met and conferred virtually with Plaintiffs' counsel Timothy D. McNair and made a good faith effort on that date to resolve the issues set forth in Defendant Election Systems & Software, LLC's Motion to Dismiss, but were unable to come to an agreement.

Dated this 8th day of September 2026.

Respectfully submitted,

By: */s/John Matson*

John V. Matson. (Neb. Bar #25278)
Kendra M. Vosler, (Neb. Bar #27686)
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
John.Matson@koleyjessen.com
Kendra.Vosler@koleyjessen.com

*Attorneys for Defendant Election Systems & Software, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of September, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to all CM/ECF participants.

*/s/ John Matson*
John V. Matson