**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**AL SCHMIDT, in his official capacity as Secretary of Commonwealth of Pennsylvania,** *et al*,<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **ELECTRONICALLY FILED**<br>**CIVIL NO. 1:25-cv-00329**<br><br>**HONORABLE SUSAN PARADISE BAXTER** |

**ORDER**

AND NOW, this _________ day of ___________________, 2026, upon consideration of Plaintiffs' Motion for Leave to Amend Third Amended Complaint, it is hereby ORDERED that said Motion is DENIED as futile.

____________________________________
**HONORABLE SUSAN PARADISE BAXTER**
**United States District Judge**