# EXHIBIT A

**From:** Kathleen Gallagher
**Sent:** Monday, August 17, 2026 12:20 PM
**To:** Timothy McNair; Mullen, Kathleen; Rupp, Michelle
**Cc:** Brian Adrian; Lisa Means; Terri Kuhn
**Subject:** ETA et al. V. Schmidt et al.
**Attachments:** L&A Certification November 2024.pdf

Dear Mr. McNair:

Please accept this email as Cambria County's attempt to meet and confer regarding the allegations contained in the Third Amended Complaint in this matter.

Plaintiffs' claims against Cambria County as set forth in the Third Amended Complaint are fully predicated on allegations that Cambria used the ES&S EVS 6.3.0.0 software in the November 2024 General Election and that Cambria plans to use it again in the November 2026 General Election.

Plaintiffs are incorrect in that regard.

To the contrary, Cambria County has never used and does not even possess ES&S EVS 6.3.0.0 software. Hence, Cambria will not be using that software in the upcoming November 2026 General Election.

Attached hereto please find the Certification of Logic and Accuracy Testing submitted by Cambria County on September 23, 2024 for the November 5, 2024 General Election. Upon review you will note that the "Voting system name and version" tested and used in the November 2024 General was ES&S 6.1.1.0.

The same version will be used by Cambria County in the November 2026 General Election.

On the basis of this information, it is our expectation that Plaintiffs will move promptly to dismiss their claims against our client, as they are based on a false premise.

Please confirm by Friday, August 21, 2026 that Plaintiffs will do so. Cambria County reserves all rights and remedies should Plaintiffs refuse to do so.

Thank you for your attention to this matter.

Kindest regards,
Kathy

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF STATE
# CERTIFICATION OF LOGIC AND ACCURACY TESTING

County name: CAMBRIA Election date: 11/05/2024

Number of precincts participating in election: [1] 25

________________

Voting system vendor: ELECTION SYSTEMS AND SOFTWARE

Voting system name and version: ES&S 6.1.1.0

Primary system configuration: @ hand-marked paper ballots ballot-marking devices

I do hereby certify ________ that CAMBRIA County has completed pre-election logic and accuracy testing for all its electronic voting system components pursuant to the Directive on Logic and Accuracy Testing on (date) 09/23/2024

________

During the test process, a predetermined test deck was prepared, and ballots were marked and tabulated. The results reported by the voting system matched the expected results, and the testing included all equipment to be used for the election, including backup devices.

The testing included the following:

| Component | Details Completed? | Completed? |
|---|---|---|
| Test Deck<br>The test deck included absentee, mail-in, Election Day, and provisional ballots (ballot sets) for each precinct (ballot styles).<br>The test deck included ballots produced on all vendor and county BOD printers and BMDs. | Test pattern used in the test deck: Recommended (unique totals)<br>Incremental/Decremental<br>Alternating Z | Yes @ |
| Notice<br>The county board timely notified the chair of each recognized political party. | Notice was sent to the chairman of each recognized political party on 09/16/2024<br>________. | Yes |
| The county board timely notified each registered citizens' organization. | Notice was sent to the chair or presiding officer of each registered citizens' organization on ________. | Yes |
| The county board provided at least 48 hours' notice to the public. | The county board provided public notice on ________.9/16/24 | Yes |

| | | |
|---|---|---|
| Ballot-Marking Devices (BMDs) and Backup BMDs Each BMD was tested to ensure functionality for each feature. Printed ballots matched candidate selections on screen. Ballots created by BMD were included in the test deck to enable testing of precinct scanners. Hybrid BMDs accurately tabulated results. | Standard BMDs Z<br>Hybrid BMDs<br># of BMDs to be deployed: ______125 # of BMDs tested: ______125<br># of backup BMDs in reserve: ______7<br># of Backup BMDs tested: 4______ | Yes |

TLP:CLEAR

| | | |
|---|---|---|
| Precinct Scanners and Backup Scanners Test deck was scanned into each precinct scanner that will be deployed. Ballots were accepted and rejected appropriately. Ballots produced the expected results. | # of scanners to be deployed: ______125<br># of scanners tested: ______125<br># of backup scanners in reserve: ______7<br># of backup scanners tested: ______4 | Yes E] |
| Central Count Scanners and Backup Scanners Test deck was scanned into each Central Count Scanner that will be used. Ballots were accepted and rejected appropriately. Ballots produced the expected results. | # of scanners to be deployed: ______1<br># of scanners tested: ______1<br># of backup scanners in reserve: ______ 1<br># of backup scanners tested: ______1 | Yes |

Maryann Dillon

Signature of Chief Clerk or Authorized Representative

MARYANN DILLON

Name of Chief Clerk or Authorized Representative

09/28/2024

Date