**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ELECTION TRUTH ALLIANCE, JENNIFER REESE, CHRISTOPHER MACK, and GRACE HOHMAN,

Plaintiffs,

v.

AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania; BOARD OF ELECTIONS OF CAMBRIA COUNTY; ELECTION SYSTEMS & SOFTWARE, LLC; AND JOHN DOE,

Defendants.

ELECTRONICALLY FILED
CIVIL NO.: 1:25-cv-00329

**HONORABLE SUSAN PARADISE BAXTER**

# DEFENDANT ELECTION SYSTEMS & SOFTWARE, LLC'S JOINDER IN SECRETARY SCHMIDT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Defendant Election Systems & Software, LLC ("ES&S") respectfully submits this Joinder to Secretary Schmidt's Opposition to Plaintiffs' Motion for Leave to Amend. *See* ECF No. 91.[1]

In further opposition to Plaintiffs' Motion for Leave to Amend, ES&S asserts that Plaintiffs lack standing to bring this suit and have failed to state a claim for relief for the reasons set forth in ES&S's Memorandum in Support of its Motion to Dismiss. *See* ECF No. 83. The amendment proposed by Plaintiffs does nothing to remedy the deficiencies identified in ES&S's Memorandum. Thus, the proposed amendment is futile. *See Citizens Bank of Pa. v. Reimbursement Tech., Inc.*, 609 Fed.

---

[1] ES&S joins in all the grounds asserted by the Secretary with the exception of the immunity argument, which does not apply to ES&S.

Appx. 88, 95 (3d Cir. 2015) (quoting *Jablonski v. Pan American World Airways, Inc.*, 863 F.2d 289, 292 (3d Cir. 1988)) ("Amendment of the complaint is futile if the amendment will not cure the deficiency in the original [pleading] or if the amended [pleading] cannot withstand a renewed motion to dismiss.").

Accordingly, ES&S requests that Plaintiffs' Motion for Leave to Amend be denied.

Dated this 8th day of September 2026.

Respectfully submitted,

By: */s/ Kendra M. Vosler*

John V. Matson. (Neb. Bar #25278)
Kendra M. Vosler (Neb. Bar #27686)
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
John.Matson@koleyjessen.com
Kendra.Vosler@koleyjessen.com

*Attorneys for Defendant Election Systems & Software, LLC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of September, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to all CM/ECF participants.

*/s/ Kendra M. Vosler*
Kendra M. Vosler