**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**AL SCHMIDT, in his official capacity as Secretary of Commonwealth of Pennsylvania,** *et al,*<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **ELECTRONICALLY FILED**<br>**CIVIL NO. 1:25-cv-00329**<br><br>**HONORABLE SUSAN PARADISE BAXTER** |

**SECRETARY SCHMIDT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT AND PARTIAL JOINDER TO ES&S' MOTION TO DISMISS**

Defendant, Secretary of the Commonwealth Al Schmidt, by and through his undersigned counsel, hereby moves to dismiss the Third Amended Complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), sovereign immunity, and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiffs have brought this matter due to their concerns about perceived statistical "anomalies" and "manipulation" in the 2024 Presidential election. Currently pending before this Court are their third amended complaint, Dkt. No. 71, and their motion to amend that third amended complaint (i.e. to file a fourth amended complaint), Dkt. No. 77. Pursuant to this Court's scheduling orders, dated August 11 and September 1, the Secretary has opposed the motion to file a fourth amended complaint, Dkt. No. 91, and now files this motion to dismiss the third amended complaint.

The two pending complaints are substantially the same, except that the third amended complaint misidentifies the software used by Cambria County's election system. *See* Pls. Br. in Supp. of Mot. for Leave 1-2, Dkt. No. 78; Cambria Opp. & Joinder 2-3, Dkt. No. 92. "If the [Fourth] Amended Complaint cannot survive a motion to dismiss, the [Third] Amended Complaint, which is deficient in the same ways but to potentially an even greater degree, must necessarily be dismissed as well." Mem. Op. 8, Dkt. No. 67. The Secretary therefore incorporates by reference his opposition to the fourth amended complaint, Dkt. No. 91, and adds that the third amended complaint's misidentification of the relevant software makes it even less plausible as to injury-in-fact and threat of future injury. *Cf.* Pls. Br. in Supp. of Mot. for Leave 7, Dkt. No. 78 (admitting that the third amended complaint "rest[s] on an inference that defects documented in one version of the ES&S EVS family are likely present in an adjacent version").

The Secretary also joins Defendant Election Systems & Software's motion to dismiss the third amended complaint due to lack of standing. ES&S Mot. to Dismiss, Dkt. No. 82; ES&S Br. in Supp. of Mot. to Dismiss 6-9 (standing and injury-in-fact), 11-12 (associational standing), 14-18 (similar lawsuits), Dkt. No. 83.

Respectfully submitted,

Date: September 14, 2026

*/s/ Michelle Rupp*
Kathleen A. Mullen (Pa. 84604)
Executive Deputy Chief Counsel
Michelle Rupp (Pa. 337463)
Assistant Counsel
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Tel: 717-783-0736
Fax: 717-214-9899
Email: kamullen@pa.gov
mirupp@pa.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,** | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN** |
| | : | **PARADISE BAXTER** |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania,** *et al,* | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF CONFERRAL

This motion is being filed without a formal conferral conference. Defendant Cambria County BOE has already informed Plaintiffs of the software misidentification issue, and Plaintiffs have already moved to amend their third amended complaint as a result. Beyond that, this motion only incorporates by reference or joins briefing and motions that are already before this Court. Accordingly, a conferral conference would have been futile.

Respectfully submitted,

Date: September 14, 2026

*/s/ Michelle Rupp*

Kathleen A. Mullen (Pa. 84604)
Executive Deputy Chief Counsel
Michelle Rupp (Pa. 337463)
Assistant Counsel
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Tel: 717-783-0736
Fax: 717-214-9899
Email: kamullen@pa.gov
mirupp@pa.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,** | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN** |
| | : | **PARADISE BAXTER** |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of Pennsylvania,** *et* | : | |
| *al,* | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this ________ day of ___________________, 2026, upon consideration of Secretary Schmidt's Motion to Dismiss, it is hereby ORDERED that said Motion is GRANTED and Plaintiffs' Third Amended Complaint is dismissed.

________________________________________
**HONORABLE SUSAN PARADISE BAXTER**
**United States District Judge**