**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,** | : | **ELECTRONICALLY FILED** |
| ***Plaintiffs*,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN PARADISE BAXTER** |
| | : | |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of** | : | |
| **Pennsylvania, *et al.*,** | : | |
| ***Defendants*.** | : | |

**BOARD OF ELECTIONS OF CAMBRIA COUNTY'S JOINDER IN SECRETARY SCHMIDT'S MOTION TO DISMISS AND ELECTION SYSTEMS & SOFTWARE'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant Board of Elections of Cambria County ("Cambria County") by and through its undersigned counsel, hereby files this Joinder to the Secretary of the Commonwealth Al Schmidt's Motion to Dismiss Plaintiffs' Third Amended Complaint and all the bases for dismissal sought therein, with the exception of the Secretary's immunity grounds for dismissal. ECF 96. Cambria County further joins in the Motion to Dismiss the Third Amended Complaint and Brief in Support filed by Election Systems & Software ("ES&S"). ES&S Motion to Dismiss, ECF 82; ES&S Br. in Support of Mot. To Dismiss pp. 6-9 (standing and injury-in-fact), 11-12 (associational standing), 14-18 (similar lawsuits), ECF 83.

Cambria County further incorporates by reference its Opposition to the Motion for Leave to File a Fourth Amended Complaint and Joinder in the Secretary's Opposition which has previously been filed with the Court as if the same were set forth herein in its entirety. ECF 92.

Accordingly, Cambria County requests that Plaintiffs' Third Amended Complaint be dismissed with prejudice in its entirety.

Respectfully submitted,

Date: September 14, 2026

*/s/ Kathleen A. Gallagher*
The Gallagher Firm, LLC
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
412-308-5512 (Phone)
*Counsel for Defendant,*
*Board of Election of Cambria County*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Kathleen A. Gallagher*
Kathleen A. Gallagher