**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELECTION TRUTH ALLIANCE, *et al.*,** | : | **ELECTRONICALLY FILED** |
| ***Plaintiffs*,** | : | **CIVIL NO. 1:25-cv-00329** |
| | : | |
| **v.** | : | **HONORABLE SUSAN PARADISE BAXTER** |
| | : | |
| **AL SCHMIDT, in his official capacity as** | : | |
| **Secretary of Commonwealth of** | : | |
| **Pennsylvania, *et al.*,** | : | |
| ***Defendants*.** | : | |

**BOARD OF ELECTIONS OF CAMBRIA COUNTY'S JOINDER IN SECRETARY SCHMIDT'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant Board of Elections of Cambria County ("Cambria County") by and through its undersigned counsel, hereby files this Joinder to the Secretary of the Commonwealth Al Schmidt's Reply in Support of Motion to Dismiss Plaintiffs' Third Amended Complaint and all the arguments in support of dismissal argued therein. ECF 104.

Accordingly, Cambria County requests that Plaintiffs' Third Amended Complaint be dismissed with prejudice in its entirety.

Respectfully submitted,

Date: October 13, 2026

*/s/ Kathleen A. Gallagher*

The Gallagher Firm, LLC
Kathleen A. Gallagher (PA #37950)
kag@gallagherlawllc.com
Brian M. Adrian (PA #81461)
bma@gallagherlawllc.com
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219
412-308-5512 (Phone)
*Counsel for Defendant,*
*Board of Election of Cambria County*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Kathleen A. Gallagher*
Kathleen A. Gallagher